**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**APPEARANCE**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                         **CASE NUMBER: 2:06 MJ 97**

**VIKRAM S. BUDDHI**

    **Defendant.**

To the Clerk of this court and all parties of record:

    I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for Vikram S. Buddhi.

   April 17, 2006
*Date*

                           Northern District of Indiana Federal
                              Community Defenders, Inc.

                          By:  s/ John E. Martin
                               *Signature*

                              John E. Martin
                              *Printed Name*

                              11626-64
                              *Indiana Attorney Registration Number*
                              219 Russell Street, 6th Floor
                              Hammond, Indiana 46320
                              Phone:  (219) 937-8020
                              Fax:  (219) 937-8021

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

**Philip Craig Benson**
philip.benson@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/CM/ECF participants:

 s/ John E. Martin