FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

06 APR 19 PM 4: 29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2:06CR063 JM |
| v. | ) | |
| | ) | 18 USC 844(e) |
| VIKRAM S. BUDDHI | ) | 18 USC 871(a) |
| | ) | 18 USC 879(a) |

**THE GRAND JURY CHARGES:**

### INDICTMENT

### COUNT 1

On or about December 13, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly and willfully threaten to kill the President of the United States, George Bush;

All in violation of Title 18, United States Code, Section 871(a).

1

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about December 13, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly and willfully threaten to kill the Vice-President of the United States, Dick Cheney;

All in violation of Title 18, United States Code, Section 871(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about December 13, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly and willfully threaten to kill and inflict bodily harm on Laura Bush, the wife and immediate family member of George Bush, the President of the United States;

All in violation of Title 18, United States Code, Section 879(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about December 13, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly and willfully threaten to kill and inflict bodily harm on Lynne Cheney, the wife and immediate family member of Dick Cheney, the Vice-President of the United States;

All in violation of Title 18, United States Code, Section 879(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

On or about December 13, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly transmit in interstate commerce a communication containing a threat to injure another person, to wit: Secretary of Defense, Donald Rumsfeld;

All in violation of Title 18, United States Code, Section 875(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or about December 16, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly and willfully threaten to kill the President of the United States, George Bush;

All in violation of Title 18, United States Code, Section 871(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7

On or about December 16, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly and willfully threaten to kill the Vice-President of the United States, Dick Cheney;

All in violation of Title 18, United States Code, Section 871(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8

On or about December 16, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly and willfully threaten to kill and inflict bodily harm on Laura Bush, the wife and immediate family member of George Bush, the President of the United States;

All in violation of Title 18, United States Code, Section 879(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9

On or about December 16, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly and willfully threaten to kill and inflict bodily harm on Lynne Cheney, the wife and immediate family member of Dick Cheney, the Vice-President of the United States;

All in violation of Title 18, United States Code, Section 879(a).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10

On or about December 16, 2005, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did knowingly transmit in interstate commerce, a communication containing a threat to injure another person, to wit: Secretary of Defense, Donald Rumsfeld;

All in violation of Title 18, United States Code, Section 875(c).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11

On or about January 17, 2006, in the Northern District of Indiana and elsewhere, the defendant,

**VIKRAM S. BUDDHI**

did willfully, by means and use of an instrument of interstate commerce to wit: the World Wide Web Internet, threaten to unlawfully damage and destroy buildings and real property by means of fire and explosives;

All in violation of Title 18, United States Code, Section 844(e).

A TRUE BILL:

S/ Foreperson
FOREPERSON

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:   S/ Philip C. Benson
      Philip C. Benson
      Assistant United States Attorney