AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## NORTHERN DISTRICT OF INDIANA

Received-USMS

APR 20 2006

Hammond, In

UNITED STATES OF AMERICA
V.

VIKRAM S. BUDDHI

WARRANT FOR ARREST

CASE NUMBER: 2:06 CR 63 JM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VIKRAM S. BUDDHI and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him in violation of:
18:871(a) THREATS AGAINST THE PRESIDENT AND VICE-PRESIDENT
18:879(a) THREATS AGAINST THE PRESIDENT'S FAMILY
18:875(c) INTERSTATE COMMUNICATIONS THREATS
18:844(e) USE OF INTERNET TO THREATEN DESTRUCTION BY FIRE

STEPHEN R. LUDWIG
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer
Deputy Clerk

April 19, 2006 at Hammond, Indiana
Date and Location

By Andrew P. Rodovich
Name of Judicial Officer

Bail fixed at IN CUSTODY

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 5400 FEDERAL PLAZA HAMMOND, IN |

| DATE RECEIVED 4-19-2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-20-2006 | B. MCKNIGHT D.U.S.M. | B. *[signature]* |