# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                         CASE NUMBER: 2:06 CR 63

VIKRAM S. BUDDHI

    Defendant.

## MOTION TO SUPPRESS DEFENDANT'S STATEMENT

Comes now defendant, Vikram S. Buddhi, by counsel, John E. Martin, and moves this Honorable Court to suppress any and all statements made to law enforcement on January 18, 2006. In support of this motion, the defense states as follows:

1. On January 18, 2006, agents of the Federal Government conducted a custodial interview of the defendant, Vikram S. Buddhi at the Purdue University Police Department located at 205 South Intramural Drive, West Lafayette, Indiana.

2. During the interview, the defendant was without counsel, and counsel was not provided for the defendant in violation of the defendant's Sixth Amendment right to counsel.

3. The custodial interrogation was conducted by the government agents without adequate advisement and waiver of the defendant's Miranda rights.

4. The custodial interrogation of the defendant was involuntarily coerced by the government agents.

1

WHEREFORE, the defendant, Vikram Buddhi, by counsel, John E. Martin, hereby requests this Honorable Court to suppress any and all statements taken by agents from the defendant on January 18, 2006 as violations of the defendant's Fifth Amendment right against self incrimination and Sixth Amendment right to counsel.

>Respectfully submitted,
>
>Northern District of Indiana
>Federal Community Defenders, Inc
>
>By:  s/ John E. Martin
>    John E. Martin
>    219 Russell Street, 6th Floor
>    Hammond, IN 46320
>    Phone: (219) 937-8020
>    Fax: (219) 937-8021

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECM/ECF system which sent notification of such filing to the following:

>**Philip Craig Benson**
>philip.benson@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/CM/ECF participants.

>  s/ John E. Martin