05/24/06 12:55 FAX ☒003

## RETURN

| Date Warrant Received | Date and Time, Warrant Executed | Copy of Warrant and Receipt For Items Left With |
|---|---|---|
| 4-13-06 | 4/14/06 (9:00 PM) | VIKRAM S. BUDDHI |

**Inventory Made in the Presence of**

SA DOUGLAS LEHMAN, SA LAWRENCE BROWN

**Inventory of Person or Property Taken Pursuant to the Warrant**

1.) SIX (6) BLACK MAXELL FLOPPY COMPUTER DISKS WRAPPED IN NOTEBOOK PAPER (MASTER BEDROOM SHELF (MBS))

2.) ONE (1) VERBATIM CD-R WITH "BIBLIO AUG 2004" (MBS)

3.) ONE (1) PLASTIC CASE CONTAINING 12 IBM IMATION FLOPPY DISKS (MBS)

4.) TWELVE (12) "HD" FLOPPY DISKS / 3 GREEN, 3 YELLOW, 3 ORANGE, 3 TAN. (KITCHEN TABLE - CORNER)

5.) ONE (1) IBM IMATION 2 HD FLOPPY DISK (HALLWAY SHELF) HS

6.) ONE (1) IOMEGA 250 MB ZIP DRIVE (HS)

7.) ONE (1) SEAGATE 30G HARD DRIVE MODEL ST330621A SN: 5EE03BHZ (HS)

8.) ~~ONE (1) IOMEGA HARD~~

9.) ONE (1) GATEWAY LAPTOP COMPUTER MODEL#: M350WVN SN: 11A0234530. (DESK - COMPUTER ROOM) DCR

10.) ONE (1) MAXTOR 30 GB HARD DRIVE SER # F1A7FAM629999 - DCR

11.) ONE (1) MAXTOR HARD DRIVE M#907-28D8 SN# ABOAHNZC - DCR

* CONTINUED ON BACK *

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA [signature] W.M. Bl. USSS 4/14/06

Subscribed, sworn to, and returned before me this date.

_____  _____
U.S. Judge or Magistrate        Date

EXHIBIT ___A___

12.) ONE (1) WESTERN DIGITAL EXTERNAL HARD DRIVE (DCR) MOD.# WD800BOO8-RNN  SER# WCAHL5919520 W/ BLACK USB CABLE

13.) ONE (1) MAXTOR 30 GB HARD DRIVE  SER# F1804DEEZ9999 (SHELF IN COMPUTER ROOM)·SCR.

14.) ONE (1) DEER COMPUTER TOWER (NO SIDE PANEL) MODEL# DR-A300ATX SER# 2022300400. (DCR)

15.) ONE (1) HP LAPTOP COMPUTER  PRODUCT# DC966A  SER.# CNF323059X (SCR)

16.) ONE BLUE PLASTIC FOLDER CONTAINING MISC. ID DOCUMENTS AND REPUBLIC OF INDIA PASSPORT IN NAME VIKRAM BUDDHI (SCR)