UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 2:06 CR 63 |
| | ) | |
| VIKRAM BUDDHI | | |

ORDER

This matter is before the Court on the government's Motion to Continue Trial. Having reviewed that motion, it is hereby granted for the reasons set forth below:

This matter is currently set for trial on June 26, 2006. The matters set forth in this motion establish that the government will not be able to prepare this case for trial by June 26, 2006. Representatives of the United States Secret Service have indicated to the U.S. Attorney's Office that it will take approximately 3-4 more weeks to complete the forensic examination of the defendant's computer hardware. Once completed, both parties will need the opportunity to review the results of this forensic examination to properly prepare this case for trial. Additionally, the only Assistant United States Attorney familiar with the investigation will be out of the state of Indiana the entire week of June 26, 2006.

A continuance based upon the necessity for the government to obtain a forensic examination of the computer used to convey these alleged threats in interstate commerce and any associated hard drives, and the need for the government to be allowed to maintain continuity of counsel in this computer crime investigation, outweigh the best interests of the public and the defendant in a speedy trial, and the failure to grant a continuance in this case will result in a

miscarriage of justice based upon the inability of the United States of America to properly prepare for and try this case.

IT IS HEREBY ORDERED, based upon the foregoing, that the government's motion to continue the trial scheduled for June 26, 2006, is granted, and that this Court finds that this request for a continuance is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8).

The trial date in the above captioned cause is hereby rescheduled for the **14th day of August, 2006, at 9:00 A.M.** as a primary setting before the Honorable Judge James T. Moody. The pre-trial conference is now set for **July 28, 2006, at 2:00 P.M.** before Magistrate Judge Andrew P. Rodovich.

Entered: June 5, 2006

s/Andrew P. Rodovich
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA