UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:06 CR 63 |
| ) | |
| VIKRAM S. BUDDHI ) | |

## O R D E R

Defendant has moved to suppress any and all statements made to law enforcement on January 18, 2006. (Mot. to Suppress, docket # 14.) The Government is hereby **ORDERED** to respond to this motion by **July 6, 2006**.

This matter is set for an evidentiary hearing on Thursday, **July 20, 2006**, at **1:00 p.m**.

                                        **SO ORDERED.**
ENTER: June 13, 2006

                                        s/James T. Moody
                                        JUDGE JAMES T. MOODY
                                        UNITED STATES DISTRICT COURT