**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                               **CASE NUMBER: 2:06 CR 63**

**VIKRAM S. BUDDHI**

    **Defendant.**

## ORDER

The Court, having reviewed the defendant's Motion to Continue the Deadline for Pretrial Motions under Federal Rule of Criminal Procedure 12(b), hereby grants the same. The new deadline for filing motions pursuant to Federal Rule of Criminal Procedure 12(b) is the **28th day of June, 2006.** Defendant's Motion to Extend Pretrial Motions Deadline [15] filed on May 26, 2006 is DENIED as Moot.

    ENTERED: June 14, 2006

                                                  s/Andrew P. Rodovich
                                                  United States Magistrate Judge

cc:    All Counsel