```
RECORD COPY                                    00102-09059  BACH 92  UNIV OF BOMBAY-INDIA
VIKRAM SUBBARAO BUDDHI                                      MAST 94  INDIAN INST TECH/BOMBAY-INDIA
BIRTHDATE  MAY  10, 1971
PARENT-GUARDIAN  DR RAMIAH SAMALA

*********************************
*  ALL INDEXES ON THIS RECORD ARE  *
*  COMPUTED ON SCALE A=4.0, F=0.0  *
*********************************

1996-1997  1ST SEMESTER                              1998-1999  1ST SEMESTER
MA   530  FUNCT COMPLEX VRBL I       A  GR P65       C S  520  COMPUT METH ANALYSIS    A  GR P65
MA   553  INTRO ABSTRACT ALGEBRA     A  GR P65       FR  -201  FRENCH LEVEL III              3.0  A  12.0
MA   571  ELEMENTARY TOPOLOGY        A  GR P65       MA   663  ALG CURVES FUNCTION I         3.0  A  12.0
                                                     MA   690  ALGEBRAIC GEOMETRY            3.0  A  12.0
                                                     MA   690  GEOM INVARIANT THEORY         3.0  A  12.0
              33.0   SEM 3.67    9.0  B   12.0                        168.0   SEM 4.00  12.0  A  48.0
         CUM 3.67                                              CUM 3.73
                                                     1998-1999  2ND SEMESTER
1996-1997  2ND SEMESTER                              MA   690  CLASS FIELD THEORY      A  GR P65
MA   544  REAL ANLYS MEASUR THRY     A  GR P65       MA   690  TOPICS ALG GEOMETRY           3.0  A  12.0
MA   558  LINEAR ALGEBRA II          A  GR P65                        51.0    SEM 4.00    6.0  A  24.0
PES -112  ABSTRACT ALGEBRA           B  GR P65                 CUM 3.76
PES -112  BEGINNING SWIM             F    0.0
              66.0   SEM 3.30   10.0                 1999 SUMMER 05/17-08/06
         CUM 3.67                                    C S -251  DATA STRUCTURES         A  GR P65
                                                     MA   699  RESEARCH PHD THESIS 03        3.0  N
1997 SUMMER 05/19-08/08                              PES -116  BEGINNING TENNIS              0.0  S
MA   598  ALGEBRA PROBLEMS           A  GR P65                        51.0    SEM         1.0  P
MA   598  ALGEBRA PROBLEMS                                     CUM 3.76                  6.0
              18.0   SEM           3.0                1999-2000  1ST SEMESTER
         CUM 3.67                                    C S  536  DATA COMM & COMP NETWK  A  GR P65
                                                     MA   690  INTRO ABELIAN VARIETIE        3.0  A  12.0
1997-1998  1ST SEMESTER                                               57.0    SEM 3.68    3.0  A  12.0
MA   598  ELLIPTIC CURVES            A  GR P65                 CUM 3.68                 210.0        6.0  A  18.0
MA   650  COMMUTATIVE ALGEBRA        A  GR P65
PES -112  BEGINNING SWIM                B            1999-2000  2ND SEMESTER
PES -115  BOWLING                         3.0  B     MA   696  MODULI VECTOR BUNDLES   A  GR P65
              24.0   SEM 3.75   30.0  B   30.0       MA   699  RESEARCH PHD THESIS 06        3.0  A  12.0
         CUM 3.75                                                     222.0   SEM 4.00    3.0  A  12.0
                                                               CUM 3.70                            12.0
1997-1998  2ND SEMESTER                              2000 SUMMER 05/15-08/04
C S -555  CRYPT & DATA SECURITY      A  GR P65       FR   201  FRENCH LEVEL III        A  GR P65
C S -580  ALG DESIGN ANLY & IMPL                     MA   699  RESEARCH PHD THESIS 03        3.0  P
MA   651  THEORY RINGS ALGEBRA              B                         222.0   SEM         0.0  S
MA   690  LIN ALGEBRAIC GROUPS       A  GR P65                 CUM 3.70
              33.0   SEM 3.33    9.0  B   30.0
         CUM 3.64                                    2000-2001  1ST SEMESTER
                                                     MA   665  ALGEBRAIC GEOMETRY      A  GR P65
1998 SUMMER 05/18-08/07                              MA   690  HOMOLOGICAL ALGEBRAS          3.0  A  12.0
FR  -1101 FRENCH LEVELS I            A  GR P65       MA   699  RESEARCH PHD THESIS 03        3.0  A  12.0
FR  -103  FRENCH LEVELS I&2 FREN        DEPT CR                       246.0   SEM 4.00    6.0  A  24.0
MA   699  RESEARCH PHD THESIS 03                               CUM 3.73
              33.0   SEM 4.00   12.0
         CUM 3.64                                    2000-2001  2ND SEMESTER
                                                     C S  690  TOPICS IN CRYPTOGRAPHY  A  GR P65
                                                     MA   690  RIEMANN SURFACES              3.0  A  12.0
                                                     MA   699  RESEARCH PHD THESIS 03        3.0  A  12.0
                                                                      270.0   SEM 4.00    6.0  A  24.0
                                                               CUM 3.75

                                     CONTINUED ON PAGE 2
```

UNIVERSITY USE ONLY

Exhibit A₁

VIKRAM SUBBARAO BUDDHI

**2001 SUMMER 05/14-08/03**
| | | | | | |
|---|---|---|---|---|---|
| C S | -250 | COMPUTER ARCHITECTURE | B | GR P65 | W LAFAYETTE 4.00 B 12.0 |
| MA | 699 | RESEARCH PHD THESIS 03 | | | 0.00 S 0.0 |
| | CUM 3.75 72.0 270.0 | SEM 3.00 | | | 4.0 12.0 |

MASTER OF SCIENCE
FIELD OF STUDY: MATHEMATICS
AWARDED FOR STUDY AT WEST LAFAYETTE CAMPUS
AUGUST 3, 2001

**2001-2002 1ST SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| C S | 503 | OPERATING SYSTEMS | A | GR P65 | W LAFAYETTE 3.00 A 12.0 |
| MA | 598 | COMP FINANCIAL MATH | C | | 3.00 C 6.0 |
| MA | 699 | RESEARCH PHD THESIS 03 | U | | 0.00 U 0.0 |
| | CUM 3.65 78.0 285.0 | SEM 2.50 | | | 6.0 15.0 |

**2001-2002 2ND SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| MA | 690 | SHEAF THEORETIC MTHDS | A | GR P65 | W LAFAYETTE 3.00 A 12.0 |
| MA | 690 | GRADED FREE RESOLUTION | A | | 3.00 A 12.0 |
| MA | 699 | RESEARCH PHD THESIS 03 | S | | 0.00 S 0.0 |
| | CUM 3.68 84.0 309.0 | SEM 4.00 | | | 6.0 24.0 |

**2002 SUMMER 05/13-08/02**
| | | | | | |
|---|---|---|---|---|---|
| MA | 699 | RESEARCH PHD THESIS 06 | A | GR P65 | W LAFAYETTE 0.0 S 0.0 |
| | CUM 3.68 84.0 309.0 | SEM | | | |

**2002-2003 1ST SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| MA | 699 | RESEARCH PHD THESIS 06 | A | GR P65 | W LAFAYETTE 0.0 S 0.0 |
| | CUM 3.68 84.0 309.0 | SEM | | | |

**2002-2003 2ND SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| MA | 699 | RESEARCH PHD THESIS 06 | D | GR P65 | W LAFAYETTE 0.0 S 0.0 |
| MGMT | 643 | FINANCIAL RISK MGMT | | | 2.00 B 6.0 |
| | CUM 3.66 86.0 315.0 | SEM 3.00 | | | 2.0 6.0 |

**2003 SUMMER 05/19-08/08**
| | | | | | |
|---|---|---|---|---|---|
| C S | -251 | DATA STRUCTURES | D | GR P65 | W LAFAYETTE 3.00 A 12.0 |
| ECE | 600 | RANDOM VARIABLES | | | 3.00 A 12.0 |
| MA | 699 | RESEARCH PHD THESIS 03 | | | 0.00 S 0.0 |
| | CUM 3.64 89.0 324.0 | SEM 3.50 | | | 6.0 21.0 |

**2003-2004 1ST SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| C S | -352 | COMPILERS PRIN & PRACT | D | GR P65 | W LAFAYETTE 3.00 B 9.0 |
| C S | 580 | ALG DESIGN ANLY & IMPL | | | 3.00 B 9.0 |
| ECE | -538 | DIGITAL SIGNAL PROC I | | | 3.00 C 6.0 |
| ECE | 639 | ERROR CONTROL CODING | | | 3.00 A 12.0 |
| ECE | 642 | INFO THRY & SOURC CDNG | | | 3.00 B 9.0 |
| MA | 699 | RESEARCH PHD THESIS 03 | | | 0.00 S 0.0 |
| | CUM 3.56 101.0 360.0 | SEM 3.00 | | | 15.0 45.0 |

**2003-2004 2ND SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| C S | 515 | NUMERICAL LINEAR ALGEB | D | GR P65 | W LAFAYETTE 3.00 A 12.0 |
| C S | 6114 | NUM SOL ORD DIFF EQUA | | | 3.00 A 12.0 |
| MA | 699 | RESEARCH PHD THESIS 03 | | | 0.00 S 0.0 |
| | CUM 3.59 107.0 384.0 | SEM 4.00 | | | 6.0 24.0 |

**2004-2005 1ST SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| I E | 535 | LINEAR PROGRAMMING | M | GR E27 | 3.00 A 12.0 |
| I E | 545 | ENGR ECONOMIC ANLY | | | 3.00 A 12.0 |
| I E | 697 | SEMINAR | | | 0.00 S 0.0 |
| STAT | 519 | INTROD TO PROBABILITY | | | 3.00 A 12.0 |
| | CUM 3.62 116.0 420.0 | SEM 4.00 | | | 9.0 36.0 |

**2004-2005 2ND SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| I E | 537 | DISC OPT MDLS & ALGRMS | M | GR E27 | 3.00 B 9.0 |
| I E | 538 | NONLIN OPT ALGRMS MDLS | | | 3.00 B 9.0 |
| I E | 581 | SIMULATION DES & ANLYS | | | 3.00 A 12.0 |
| STAT | 528 | INTRO MATH STAT | | | 3.00 C 6.0 |
| | CUM 3.56 128.0 456.0 | SEM 3.00 | | | 12.0 36.0 |

**2005-2006 1ST SEMESTER**
| | | | | | |
|---|---|---|---|---|---|
| ECE | 538 | DIGITAL SIGNAL PROC I | M | GR E27 | 3.00 A 12.0 |
| I E | 590 | FINANCIAL ENGR | | | 3.00 A 12.0 |
| I E | 698 | RESEARCH MS THESIS 06 | | | 0.00 S 0.0 |
| STAT | 512 | APPL REGR ANALYSIS | | | 3.00 B 9.0 |
| | CUM 3.60 134.0 483.0 | SEM 3.67 | | | 9.0 33.0 |

03/06 MASTER PLAN 11/00 LANG FREN 09/02 PHD PLAN
10/02 PRELIM

**2005-2006 2ND SEMESTER WEST LAFAYETTE**
| | | | | | |
|---|---|---|---|---|---|
| ECE | 637 | DIGITAL IMAGE PROC I | M | GR E27 | W LAFAYETTE 3.0 I |
| I E | 698 | RESEARCH MS THESIS | | | 6.00 SI |
| I E | 698 | RESEARCH MS THESIS | | | 3.0 SI |
| STAT | 532 | ELEM STOCHASTIC PROC | | | |
| | | WORKING HOURS AND POINTS 134.0 483.0 | | | |

UNIVERSITY USE ONLY