# Excellence in Teaching Awards

*In keeping with its commitment to excellence, the Mathematics Department annually recognizes Graduate Teaching Assistants for their outstanding teaching. Six Purdue graduate students were selected in fall 2002 to receive "2002-03 Excellence in Teaching Awards." Vikram Buddhi, Louiza Fouli, Chris Mitchell, Baki Ozturk, Brent Strunk, and Oana Veliche each received cash prizes of $250 at an awards presentation in the Mathematics Department on November 26, 2002. Winners of the annual award are selected on the basis of student evaluations and the evaluations of their faculty teaching mentors.*



Antônio Sá Barreto, Oana Veliche, Chris Mitchell, Louiza Fouli, Brent Strunk, Vikram Buddhi, Baki Ozturk, and Daniel Phillips. Sá Barreto and Phillips were the Graduate Committee co-chairs.