UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**         **CASE NUMBER: 2:06 CR 63**

**VIKRAM S. BUDDHI**

    **Defendant.**

## ORDER

The Court, having reviewed the defendant's Motion to Continue the Deadline for Pretrial Motions under Federal Rule of Criminal Procedure 12(b), hereby grants the same. The new deadline for filing motions pursuant to Federal Rule of Criminal Procedure 12(b) is the **2nd day of August, 2006**.

ENTERED: July 20, 2006

        S/Andrew P. Rodovich
        United States Magistrate Judge

cc:    All Counsel