# United States District Court

NORTHERN DISTRICT OF INDIANA

USA v. Vikram Buddhi

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 2:06cr63

| PRESIDING JUDGE  James T. Moody | PLAINTIFF'S ATTORNEY Philip Benson | DEFENDANT'S ATTORNEY John Martin |
|---|---|---|
| TRIAL DATE(S) 7-20-06 | COURT REPORTER Julie Churchill | COURTROOM DEPUTY Ed Ciba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | WIT |  |  | Wade Gault, Secret Service |
| Group 1 |  | 7-20-06 | ✓ | ✓ | several documents |
| 2 |  | " | ✓ | ✓ | print-out of web-page posting |
| 3 |  |  | ✓ | ✓ | Police Reports |
| 4 |  |  | ✓ | ✓ | attachments to Motion to Reopen Detention Hearing |
|  |  | WIT |  |  | Agent Brown |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages