UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA
    Plaintiff(s)

vs.          CASE NO. 2:06-cr-63

VIKRAM BUDDHI
    Defendant(s)

### RECEIPT FOR PERMANENT RELEASE OF EXHIBITS
(Designate by Number or Letter)

**These Exhibits are from the 4/19/06 Probable Cause/Detention Hearing and the 7/18/06 Bond Review Hearing.**

Pltf. Exhibit:  1-5 from the 4/19/06 Probable Cause/Detention Hearing
       1-2 from the 7/18/06 Bond Review Hearing

Deft. Exhibit:  1 from the 4/19/06 Probable Cause/Detention Hearing
       1 from the 7/18/06 Bond Review Hearing

Dated: 8/3/06

_[signature]_
Name

219 Russell St. 6th floor
Street Address

Hammond, IN
City, State & Zip Code

219-937-8020
Telephone Number