UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                  CASE NUMBER: 2:06 CR 63

VIKRAM S. BUDDHI

    Defendant.

## ORDER

This matter is before the Court on defendant's Motion to Continue Trial filed on August 8, 2006. This matter is set for jury trial on August 14, 2006 at 8:30 a.m.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and taking into consideration the exercise of due diligence, the court now **GRANTS** the Motion to Continue Trial.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. §3161(h)(8)(A) and (h)(8)(B)(i).

This matter is now **RESCHEDULED** for jury trial to begin on the **10th day of October, 2006 at 9:00 a.m.** before District Court Judge James T. Moody. The prior trial setting is now **VACATED.** A Final Pretrial Conference is set for the **22nd day of September, 2006, at 3:00 p.m.** before Magistrate Judge Andrew P. Rodovich.

ENTERED this 8th day of August, 2006.

                      S/Andrew P. Rodovich
                      UNITED STATES MAGISTRATE JUDGE

cc:    AUSA
       Defense Counsel