**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                          **CASE NUMBER: 2:06 CR 63**

**VIKRAM S. BUDDHI**

    **Defendant.**

## ORDER

This matter is before the Court on defendant's Motion to Continue Trial filed on August 15, 2006. This matter is set for jury trial on October 10, 2006 at 8:30 a.m.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and taking into consideration the exercise of due diligence, the court now **GRANTS** the Motion to Continue Trial.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. §3161(h)(8)(A) and (h)(8)(B)(i).

The case is now **RESCHEDULED** for jury trial to begin on the **30th day of October, 2006 at 9:00 a.m.** before District Court Judge James T. Moody as a primary setting. The prior trial setting is now **VACATED**. A Final Pretrial Conference is set for **October 13, 2006 at 3:00 p.m.** before Magistrate Judge Andrew P. Rodovich. The prior setting of September 22, 2006 is now **VACATED**.

ENTERED this 28th day of August, 2006.

                                               S/Andrew P. Rodovich
                                               US MAGISTRATE JUDGE