# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

UNITED STATES OF AMERICA
    Plaintiff(s)

vs.           CASE NO. 2:06-cr-63

VIKRAM BUDDHI
    Defendant(s)

## RECEIPT FOR PERMANENT RELEASE OF EXHIBITS
(Designate by Number or Letter)

These Exhibits are from the 4/19/06 Probable Cause/Detention Hearing and the 7/18/06 Bond Review Hearing.

Pltf. Exhibit:  1-5 from the 4/19/06 Probable Cause/Detention Hearing
       1-2 from the 7/18/06 Bond Review Hearing

Deft. Exhibit:  1 from the 4/19/06 Probable Cause/Detention Hearing
       1 from the 7/18/06 Bond Review Hearing

Dated: 9-6-06

S/ Philip C. Benson
Name

USAO
Street Address

_____
City, State & Zip Code

219-937-5500
Telephone Number