**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                         **CASE NUMBER: 2:06 CR 63**

**VIKRAM S. BUDDHI**

    **Defendant.**

## ORDER

This matter is before the Court on defendant's Motion to Continue Pretrial Conference and Trial filed on October 17, 2006. This matter is set for jury trial on October 30, 2006 at 8:30 a.m.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and taking into consideration the exercise of due diligence, the court now **GRANTS** the Motion to Continue Trial.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. §3161(h)(8)(A) and (h)(8)(B)(i).

The case is now **RESCHEDULED** for jury trial to begin on the **11th day of December, 2006 at 9:00 a.m.** before the District Court as a third criminal setting. A Final Pretrial Conference is set for **Friday, November 3, 2006 at 2:30 p.m.** before the Magistrate Judge. The prior trial setting is now **VACATED.**

ENTERED this 17th day of October, 2006.

                                                S/Andrew P. Rodovich
                                                UNITED STATES MAGISTRATE JUDGE