**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**          **CASE NUMBER: 2:06 CR 63**

**VIKRAM S. BUDDHI**

    **Defendant.**

<u>**ORDER**</u>

This matter is before the Court on defendant's Motion to Continue Pretrial Conference and Trial filed on December 5, 2006. This matter was set for a final pretrial conference on November 30, 2006 at 8:30 a.m. and jury trial on December 11, 2006 at 9:00 a.m.

Finding that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and taking into consideration the exercise of due diligence, the court now **GRANTS** the Motion to Continue Trial.

The period of delay resulting from this continuance is to be excluded under the terms of the Speedy Trial Act and 18 U.S.C. §3161(h)(8)(A) and (h)(8)(B)(i).

The case is now **RESCHEDULED** for jury trial to begin on the **26th day of March, 2007 at 9:00 a.m.** before District Court Judge James T. Moody as a primary setting. A final pretrial conference is set for the **9th day of March, 2007 at 2:00 p.m.** before Magistrate Judge Andrew P. Rodovich. The prior settings are now **VACATED.**

ENTERED this 5th day of December, 2006.

        S/Andrew P. Rodovich      
        UNITED STATES MAGISTRATE JUDGE