01/25/06 10:28 FAX            ☒ 023
                                                                  P.13
JAN-19-2006 12:35    USSS ITD                    ☒ 022
Yahoo! SIRI                                        202 406 6210   P.12

Page 1 of 2

Yahoo! My Yahoo! Mail   Make Yahoo! your home page

**YAHOO! FINANCE**   Sign In              Search the Web     [ Search ]
Message Boards   New User? Sign Up

Message Boards Home - Help

  

Top > Business & Finance > Investments > Sectors > Services > Broadcasting and Cable TV > SIRI (Sirius Satellite Radio)

**Yahoo! Message Boards: SIRI**                       Options - Edit Public Profile

< Previous | Next > [ First | Last | Msg List ] Msg #:    [Go] [Reply]       Add to My Yahoo

Recommend this Post            Ignore this User | Report Abuse       ADVERTISEMENT

### CALL FOR ASSASSINATION OF GW BUSH

12/13/05 04:44 pm
Msg: 2075276 of 2075475

by: extertriemist_bush (58/WASHINGTON, DC)
Long-Term Sentiment: Strong Sell



ANGLOSAXONS SAY USA IS LAND OF FREE.

When Anglosaxons, who originally came from restrictive ENGLAND,
say America is land of the Free and the Brave,

they mean FREE TO KILL THE NATIVE INDIANS AND BRAVE ENOUGH NOT
TO FEEL GUILTY ABOUT IT.

OH YEAH! LAND OF THE FREE AND THE BRAVE>>>WHAT A JOKE!



SIRI Snapshot
SIRI 13-Dec 4:00pm (c)Yahoo
SIRI 7.01 -0.45 -6.05%
[Get Quotes]
Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Msg Profile, Reports, Research, SEC Filings, more
Get Streaming Real-Time Quotes with Yahoo! Finance

GO IRAQIS!
RAPE AND KILL THE ANGLOSAXONS...NO MERCY.

KILL GW BUSH
RAPE AND KILL LAURA BUSH
KILL DICK CHENEY THE WHITE FAT PIG
RAPE AND KILL LYNNE CHENEY
KILL DONALD RUMSFELD THE OLD GEEZER CROOK
RAPE AND KILL THE ANGLOSAXON REPUBLICANS

**GOVERNMENT EXHIBIT**
1

THE ANGLSAXONS GET WHAT THEY DESERVE FOR
"BEING FREE AND BRAVE TO KILL THE INDIANS AND
ARABS"...
KILL THE MUTHER FUKKER ANGLOSAXONS, NOW!

**Message Thread** [ View ]   **Profanity filter is Off** [ Turn On ]

< Previous | Next > [ First | Last | Msg List ] Msg #: [   ] Go  Reply

[        Search  ]

◉ All   ○ Subject   ○ Message Text   ○ Authors

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

Yahoo! My Yahoo! Mail  Make Yahoo! your home page          Search the Web [ ] Search

Message Boards Home - Help

**YAHOO! FINANCE** Sign In
Message Boards    New User? Sign Up

   

Top > Business & Finance > Investments > Sectors > Technology > Communications Equipment > JDSU (JDS Uniphase Corporation)

Options - Edit Public Profile

## Yahoo! Message Boards: JDSU

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ]  Msg #[  ] Go  Reply
Recommend this Post                      Ignore this User | Report Abuse

**CALL FOR ASSASSINATION OF GW BUSH**
by: exsteimist_bush (59/M)
Long-Term Sentiment: **Strong Sell**

12/16/05 12:38 pm
Msg: 814696 of 814715

ADVERTISEMENT

**BRING YOUR FAMILY AND FRIENDS TOGETHER.**

INTRO[

**YAHOO!**

Your one place to keep con
through blogs, photos, lists, and r

ANGLOSAXONS SAY USA IS LAND OF FREE.

When Anglosaxons, who originally came from restrictive ENGLAND,
say America is land of the Free and the Brave,

they mean FREE TO KILL THE NATIVE INDIANS AND BRAVE ENOUGH NOT
TO FEEL GUILTY ABOUT IT.

OH YEAH! LAND OF THE FREE AND THE BRAVE>>>WHAT A JOKE!

**JDSU Snapshot**
JDSU 16-Dec 1:21pm (C)Yahoo

JDSU 2.64 +0.01 +0.43%
Get Quotes
Delayed data
providers - disclaimer

GO IRAQIS!
RAPE AND KILL THE ANGLOSAXONS...NO MERCY.

KILL GW BUSH
RAPE AND KILL LAURA BUSH
KILL DICK CHENEY THE WHITE FAT PIG
RAPE AND KILL LYNNE CHENEY
KILL DONALD RUMSFELD THE OLD GEEZER CROOK
RAPE AND KILL THE ANGLOSAXON REPUBLICANS

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Msg
Profile, Reports, Research, SEC Filings, more
Get Streaming Real-Time Quotes
with Yahoo! Finance



GOVERNMENT EXHIBIT
2

THE ANGLSAXONS GET WHAT THEY DESERVE FOR

http://finance.messages.yahoo.com/bbs?action=m&board=4687941&tid=unph&sid=4687941&m...   12/16/2005

"BEING FREE AND BRAVE TO KILL THE INDIANS AND ARABS"...
KILL THE MUTHER FUKKER ANGLOSAXONS, NOW!

**Message Thread** [ View ]              **Profanity filter is Off** [ Turn On ]

≤ Previous | Next ≥  [ First | Last | Msg List ] Msg #:       [Go]  Reply

[ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Authors

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

ool JDSU

Yahoo! My Yahoo! Mail  Make Yahoo! your home page				Search the Web [      ]  Search

# YAHOO! FINANCE  Sign In
Message Boards  New User? Sign Up

Message Boards Home - Help





Top > Business & Finance > Investments > Sectors > Technology > Communications Equipment > JDSU (JDS Uniphase Corporation)

Options - Edit Public Profile

## Yahoo! Message Boards: JDSU

Add to My Yahoo!

ADVERTISEMENT

< Previous | Next > [ First | Last | Msg List ]  Msg #: [    ]  Go  Reply

Recommend this Post                    Ignore this User | Report Abuse

### BOMB KEY SITES IN US:IT'S LEGAL 4 ARABS
by: exsteimist_bush (59/M)
Long-Term Sentiment: Strong Sell

12/16/05 12:39 pm
Msg: 814697 of 814718

**BRING YOUR FAMILY AND FRIENDS TOGETHER.**

INTROD..

YAHOO!

Your one place to keep con
through blogs, photos, lists, and r

ANGLOSAXONS SAY USA IS LAND OF FREE..

When Anglosaxons, who originally came from restrictive ENGLAND,
say America is land of the Free and the Brave,

they mean FREE TO KILL THE NATIVE INDIANS AND BRAVE ENOUGH NOT
TO FEEL GUILTY ABOUT IT.

OH YEAH! LAND OF THE FREE AND THE BRAVE>>>WHAT A JOKE!

**JDSU Snapshot**
JDSU 16-Dec 1:26pm (C)Yahoo

JDSU 2.65 +0.02 +0.76%
Get Quotes
Delayed data providers - disclaimer

GO IRAQIS!
RAPE AND KILL THE ANGLOSAXONS...NO MERCY.

KILL GW BUSH
RAPE AND KILL LAURA BUSH
KILL DICK CHENEY THE WHITE FAT PIG
RAPE AND KILL LYNNE CHENEY
KILL DONALD RUMSFELD THE OLD GEEZER CROOK
RAPE AND KILL THE ANGLOSAXON REPUBLICANS

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Me
Profile, Reports, Research, SEC Filings, more
Get Streaming Real-Time Quotes
with Yahoo! Finance

THE ANGLSAXONS GET WHAT THEY DESERVE FOR
"BEING FREE AND BRAVE TO KILL THE INDIANS AND



GOVERNMENT EXHIBIT
3

ARABS"...
KILL THE MUTHER FUKKER ANGLOSAXONS, NOW!

**Message Thread** [ View ]         **Profanity filter is Off** [ Turn On ]
≤ Previous | Next ≥  [ First | Last | Msg List ] Msg #: [____] [Go] 📝 Reply

[_____]  [ Search ]
◉ All   ○ Subject   ○ Message Text   ○ Authors

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

Yahoo!  My Yahoo!  Mail  Make Yahoo! your home page          Search the Web  [Search]

**YAHOO! FINANCE**  Sign In                          Message Boards Home - Help
Message Boards  New User? Sign Up

    

Top > Business & Finance > Investments > Sectors > Technology > Communications Equipment > JDSU (JDS Uniphase Corporation)

Options - Edit Public Profile

**Yahoo! Message Boards: JDSU**                      Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #:    [Go] Reply          ADVERTISEMENT
Recommend this Post              Ignore this User | Report Abuse     **Forbidden**

**ASSASSINATION OF**              12/21/05 03:47 pm
**GW BUSH SOON**                  Msg: 815412 of 815443    You were denied access because:
by: extreriemist_bush (59/M)
Long-Term Sentiment: **Strong Sell**                       Access denied by access control list.

Bastard Bush reiterated his case for staying the course in Iraq and keeping troops in place during a televised speech at 9 p.m. ET....

"We would abandon our Iraqi friends -- and signal to the world that America cannot be trusted to keep its word,".

TRANSLATION:
_____

"WE WOULD ABANDON IRAQI OIL AND SIGNAL TO THE WORLD AMERICA WILL NO LONGER GIVE FREE HANDOUTS FROM PROCEEDS OF STOLEN IRAQI OIL."

**JDSU Snapshot**
JDSU 21-Dec 4:00pm (C)Yahoo

JDSU 2.51 +0.07 +2.87%
[Get Quotes]
Delayed data
providers - disclaimer

he said in excerpts of the speech released Sunday. "We would hand Iraq over to enemies who have pledged to attack us -- and the global terrorist movement would be emboldened and more dangerous than ever before."

Symbol Lookup

TRANSLATION:
_____

"WE WOULD HAND OVER IRAQ TO ITS PEOPLE WHO WE RAPED AND KILLED AND WHO ARE NOW HOPPING MAD AT US...WE WILL NEVER BE SAFE FROM OUR VICTIMS. WE ARE IN A JAM AND SHAFTED HIGH...I HAVE NO IDEA WHAT TO DO NOW EXCEPT CONTINUE ON FURTHER WITH THE MESS."

Chart, Financials, Historical Prices, Industry, Insider, Msg Profile, Reports, Research, SEC Filings, more
Get Streaming Real-Time Quotes
with Yahoo! Finance

**GOVERNMENT EXHIBIT**
4

http://finance.messages.yahoo.com/bbs?action=m&board=4687941&tid=unph&sid=4687941&m...   12/21/2005

The speech will mark the first time he has spoken on Iraq from the Oval Office since launching the invasion of Iraq...THE EPITOME OF DECEIT.

---

FREE SADDAM & ARREST BUSH FOR THIS

US (CIA) is running covert terrorist
operations around the world. "Rendition" is
now the term for kidnapping people
of interest, torturing them, and holding them
without legal recourse (in foreign countries).

IT IS NOW LEGAL UNDER INTERNATIONAL LAW TO BOMB KEY SITES IN USA.
IRAQIS! GIVE ANGLOSAXONS THE TIT REACTION FOR THE TAT ACTION OF BUSH AND REPUBLICANS...KILL THE WHITE ANGLOSAXN AMERICAN BRITISH BASTARDS...FULLY JUSTIFIED IN LIGHT OF THESE WHITE EVIL DOERS ACTIONS.

ANGLOSAXONS SAY USA IS LAND OF FREE...

When Anglosaxons, who originally came from restrictive ENGLAND,
say America is land of the Free and the Brave,
they mean FREE TO KILL THE NATIVE INDIANS AND BRAVE ENOUGH NOT
TO FEEL GUILTY ABOUT IT..

OH YEAH! LAND OF THE FREE AND THE BRAVE>>>MY FOOT!

GO ARABS AND KOREANS!
RAPE AND KILL THE ANGLOSAXONS...NO MERCY.

**Message Thread** [ View ]     **Profanity filter is Off** [ Turn On ]
≤ Previous | Next ≥ [ First | Last | Msg List ] Msg #:    [Go] Reply

[ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Authors

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

Yahoo! My Yahoo! Mail                                    Search the Web        Search

# YAHOO! FINANCE  Sign In
Message Boards       New User? Sign Up                   Message Boards Home - Help

   

Top > Business & Finance > Investments > Sectors > Consumer Cyclical > Auto and Truck Manufacturers > GM (General Motors Corp.)

Options - Edit Public Profile

## Yahoo! Message Boards: GM

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #:   Go  Reply        ADVERTISEMENT

**Recommend this Post**              **Ignore this User | Report Abuse**       Click to learn more...

### CALL FOR ASSASSINATION OF GW BUSH
01/17/06 01:57 pm
Msg: 222642 of 222704

by: **exxtremist_bush** (59/M)
Long-Term Sentiment: **Strong Sell**

ENOUGH OF SHIT FROM ANGLOSAXONS.
SEEK THEM OUT WHERE EVER THEY ARE ON THIS EARTH,
RAPE THEIR WOMEN, KILL THEIR MEN, CUTOUT THEIR
VAGINAS, CUT OUT THEIR PENISES, CHOP OFF THEIR
HEAD, SHOVE THEIR CHOPPED VAGINA AND PENISES
DOWN THEIR BEHEADED-NECK-STUMP HOLES.
THIS IS THE ONLY AND LEGAL WAY TO DEAL WITH
ANGLOSAXONS. NEVER TRUST THEM, NEVER BEFRIEND
THEM, NEVER DO ANY BUSINESS WITH THEM.

BOMB ALL FACILITIES SETUP BY ANGLOSAXONS: BOMB
THE PORTS IN ASIA BUILT BY ANGLOSAXONS, BOMB ALL
TRADE AND COMMERCE SETUP BY ANGLOSAXONS IN
ASIA, AND BUILD YOUR OWN FACILITIES AND
COMMERCE THAT EXCLUDES THE ANGLSAXONS. THIS IS
THE ONLY WAY TO DEAL WITH ANGLOSAXONS.

BOMB AND DESTROY ANGLOSAXON POWERPLANTS,
ROADS, BRIDGES, NUCLEAR PLANTS, WATER SUPPLY,
COMMERCE BUILDINGS, OIL LINES 'OWNED' BY
ANGLOSAXON REPUBLICANS, DENY THEM THEIR
LOOTING WAY OF LIFE. THIS IS THE ONLY JUST AND
LEGAL WAY TO DEAL WITH ANGLOSAXONS. BOMB KEY
FACILITIES IN USA AND BRITAIN...FULLY JUSTIFIED IN
LIGHT OF THE LOOTING AND KILLING WAY OF LIFE OF
THE ANGLOSAXONS. KILLING ANGLOSAXONS AND
BOMBING THEIR WAY OF LIFE IS LEGAL AND JUSTIFIED.



GM Snapshot
GM 17-Jan 2:11pm (C)Yahoo
GM 19.82 -0.55 -2.70%
Get Quotes
Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Msg Profile, Reports, Research, SEC Filings, more
Get Streaming Real-Time Quotes
with Yahoo! Finance

GOVERNMENT EXHIBIT
5

http://finance.messages.yahoo.com/bbs?mm=FN&action=m&board=7077666&tid=gm&sid=707...  1/17/2006

MAKE THEM, ANGLOSAXONS, "FEEL THE PAIN" BEFORE THEY ARE KILLED.

GO IRAQIS! IF GW BUSH SEEKS TO KILL YOU, THEN YOU IRAQIS HAVE EVERY RIGHT TO KILL GW BUSH! IT IS CALLED TIT-FOR-TAT WAR.

GO IRAQIS! SEEK REVENGE FOR AMERICANS KILLING 312,769 IRAQI WOMEN AND CHILDREN IN IRAQ.

GO IRAQIS, FIGHT BACK! SEEK, KILL, BURN & HANG THE AMERICAN AND BRITISH ANGLOSAXONS ANYWHERE YOU FIND THEM.

OPPORTUNIST AMERICANS INVADED IRAQ TO KILL IRAQIS AND GRAB YOUR LAND USING DELIBERATE FALSE PRETEXTS.

THIS IS TANTAMOUNT TO MURDER OF CIVILIANS BY AMERICANS AND WORSE THAN TERRORISM. THERE IS NO SUCH THING AS TERRORISM
...IT IS CALLED WAR.

SO IRAQIS, FIGHT BACK AND KILL ANY AND ALL AMERICANS IN ANY COUNTRY OUTSIDE IRAQ WHERE EVER YOU CAN FIND THEM.
IF THE AMERICANS CAN KILL IRAQIS OUTSIDE THE USA, SO CAN THE IRAQIS KILL AMERICANS OUTSIDE IRAQ AND BE FULLY JUSTIFIED IN THEIR WAR AGAINST AMERICANS.

GO IRAQIS! USE AMERICAN HOSTAGES AS HUMAN SHIELDS TO KILL AS MANY AMERICANS AS POSSIBLE! YOU WILL BE ABLE TO KILL MORE MURDEROUS AMERICANS THIS WAY!

KICK THE REPUBLICAN BUTT OUT OF IRAQ.
FIGHT FOR YOUR RIGHTS AND DON'T BACK DOWN TILL YOU WIN!

LESSON 1)
REPUKES ONLY UNDERSTAND THE RULE OF GUN, SO KEEP FIGHTING BACK! BURN THEM, HANG THEM, KILL ALL HOSTAGES, WEAR OUT THEIR TANKS, AMMUNITION, CHOPPERS AND VEHICLES. MAKE THEM PAY BY INCREASING THEIR MILITARY EXPEDITURE BEYOND THE OIL REVENUES THEY ARE STEALING FROM YOU. DRIVE AMERICANS INTO LOSS AND DEFEAT BY FIGHTING BACK RELENTLESSLY! IT IS YOUR LAND AND YOUR RIGHT TO

DEFEND YOUR LAND AGAINST AMERICAN AGGRESSION. DO UNTO THEM WHAT THEY DO UNTO YOU: FIGHT AND KILL THEM TILL THEY STOP THE KILLING.

FIGHT FOR YOUR FREEDOM FROM THE MURDERING REPUBLICAN ANGLO-SAXON INVADERS.

**Message Thread** [ View ]        **Profanity filter is Off** [ Turn On ]

≤ Previous | Next ≥  [ First | Last | Msg List ] Msg #:    [Go]  Reply

[Search]

◉ All   ○ Subject   ○ Message Text   ○ Authors

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the internet, please visit the SEC Web site.

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback

http://finance.messages.yahoo.com/bbs?.mm=FN&action=m&board=7077666&tid=pm&sid=707      1/17/2006