UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 2:06 CR 63 |
| | ) | |
| VIKRAM BUDDHI | | |

## JOINT MOTION TO CONTINUE TRIAL

Comes now the United States of America by Joseph S. Van Bokkelen, United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Philip Benson, and by counsel for the defendant, John E. Martin, hereby files their request to continue the trial in the above captioned matter. In support of this request they state as follows:

1. The trial in the above matter is currently set for March 26, 2007.

2. On March 9, 2007, a pretrial conference was held in the above matter. At that time it was determined that the defense expert conducting a forensic examination of a clone of the hard drive of the defendant's computer had not yet completed his examination. The undersigned counsel for the government was informed on March 12, 2007 by defense counsel that the forensic report of the defendant's examination of the computer's hard drive in this case should be available in approximately thirty days.

3. Both parties agree that a continuance of the trial date is necessary so that the computer forensic examination of the defendant's hard drive can be completed.

4. The government anticipates that it will need approximately thirty days for its expert to review the results of the defendant's examination.

5. Both parties agree that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial. Furthermore, both parties agree that such time is excludable under the Speedy Trial Act pursuant to 18 USC § 3161(8)(A).

WHEREFORE, pursuant to the representations made at the pretrial conference, both parties are requesting a continuance of this matter for a period of between 60 to 90 days.

Respectfully submitted,

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY


 S/ Philip C. Benson
Philip C. Benson
Assistant United States Attorney

United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN  46320
Tel:  (219)937-5500
Fax:  (219)852-2770
Internet Address:  philip.benson@usdoj.gov

# *Certificate of Service*

      I hereby certified that March 13, 2007 I filed <u>JOINT MOTION TO CONTINUE TRIAL</u> with the Clerk of the Court; such filing to be made to the following:

by electronic filing:

**John E. Martin**   (**john_martin@fd.org** )

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**NONE**

                                        S/ Sandra M. Clanin
                                        Sandra M. Clanin
                                        Legal Assistant