PRETRIAL CONFERENCE MEMORANDUM

UNITED STATES v. VIKRAM BUDDHI
2:06 CR 63 JTM

Pretrial conference conducted March 9, 2007, before Andrew P. Rodovich, Magistrate Judge. Government represented by Philip Benson, AUSA. Defendant represented by John Martin. Government to file a response to pending motion to dismiss by March 23, 2007. Parties indicate they will be filing a joint motion to continue the March 26, 2007 trial setting. Court indicates motion will be granted.

COPY OF MEMORANDUM TO COUNSEL, JUDGE MOODY


CT: 15