UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CAUSE NO. 2:06 CR 63 |
| | ) | |
| VIKRAM BUDDHI | | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Continue Trial. Having reviewed that motion, it is hereby granted for the reasons set forth below:

This matter is currently set for trial on March 26, 2007. The matters set forth in this motion establish that the defendant's expert, who is in the process of conducting a forensic examination of the clone hard drive of the defendant's computer, needs an additional thirty days to complete the examination. The government advises that it will need an additional thirty days after the receiving the report from the defendant's expert to review the results of the examination.

A continuance based upon the above outweigh the best interests of the public and the defendant in a speedy trial, and the failure to grant a continuance in this case will result in a miscarriage of justice pursuant to 18 U.S.C. § 3161(8)(A).

IT IS HEREBY ORDERED, based upon the foregoing, that the parties' joint motion to continue the trial currently scheduled for March 26, 2007, is granted, and that this Court finds that this request for a continuance is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(8)(A).

The trial date in the above captioned cause is hereby rescheduled for the **25th day of June, 2007 at 9:00 A.M. as a secondary setting** before the Honorable Judge James T. Moody. The pre-trial conference is now set for **June 8, 2007 at 2:00 P.M.** before Magistrate Judge Andrew P. Rodovich.

Trial counsel are **ORDERED** to submit all pre-trial filings on or before the Final Pretrial Conference and to appear in person for the Final Pretrial Conference.

The Court **REMINDS** the parties that any plea agreement is to be filed with the District Court no later than five (5) working days before trial. Late pleas may result in the imposition of jury costs against the delaying party(ies) and/or counsel by the District Court.

**SO ORDERED** this 20th day of March, 2007.

S/Andrew P. Rodovich
UNITED STATES MAGISTRATE JUDGE