UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:06 CR 63 |
| | ) | |
| VIKRAM BUDDHI | ) | |

## MOTION FOR EXTENSION

Comes now the United States of America, and states:

1. The government was ordered to file its response to defendant's Motion to Dismiss as a Matter of Law for Failure to State an Offense and Motion to Dismiss Due to Defective Indictment by March 23, 2007.

2. The government requests an additional seven days, to up and including March 30, 2007, to respond to the defense motions. This motion is based upon the assigned government counsel's need for additional time and the inability for another AUSA has to be reassigned to this case, learn the file and prepare responses on such short notice.

3. The undersigned needs additional time to review the legal issues raised in these motions.

4. The trial in this matter is currently set for June 25, 2007.

5. This office has contacted the office of John E. Martin to informed him that we will be requesting this short continuance. We were informed that Attorney Martin was out of the district and unavailable at the time we called.

WHEREFORE, the government requests that the Court grant it an extension to file its written response to the defendant's Motion to Dismiss as a Matter of Law for Failure to State an Offense and Motion to Dismiss Due to Defective Indictment until up and including March 30, 2007.

    Respectfully submitted,

    JOSEPH S. VAN BOKKELEN
    UNITED STATES ATTORNEY

By:   S/ Philip C. Benson
    Philip C. Benson
    Assistant United States Attorney

## *Certificate of Service*

  I hereby certified that March 23, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**John E. Martin**  (john_martin@fd.org)


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**NONE**



               S/ Sandra M. Clanin
               _____
               Sandra M. Clanin
               Legal Assistant