UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 2:06 CR 63 |
| | ) | |
| VIKRAM BUDDHI | ) | |

## ORDER

This matter is before the Court on the motion of the United States to extend the date set for the filing of its response to defendant's Motion to Dismiss as a Matter of Law for Failure to State an Offense and Motion to Dismiss Due to Defective Indictment. The Court, being duly advised HEREBY ORDERS that government's motion is GRANTED, and it shall have up to and including March 30, 2007 to file its written response to this motion.

Dated this 27th day of March, 2007.

S/Andrew P. Rodovich
UNITED STATES MAGISTRATE JUDGE