**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:06 CR 63** |
| | ) | |
| **VIKRAM S. BUDDHI** | ) | |

## O R D E R

This matter is before the court on the Government's second motion to extend the date set for the filing of its response to defendant's Motion to Dismiss as a Matter of Law for Failure to State an Offense and Motion to Dismiss Due to Defective Indictment. (Docket # 61.) This latest request for an extension was filed in response to defendant's motion for immediate dismissal due to the Government's failure to properly file its brief by the deadline set by Magistrate Judge Rodovich. (Docket # 60.)

The court, having reviewed the filings, hereby **GRANTS** the Government's motion for an extension of time. The Government's brief is due by **April 13, 2007.** If the Government fails to meet further deadlines on this matter, the court may grant defendant's motion to dismiss the indictment without the benefit of the Government's arguments, and no further extensions will be granted without a showing of good cause beyond what the Government presented in its latest filing.

**SO ORDERED.**

ENTER: April 10, 2007

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT