# Defense Exhibit List

Defense Exhibit A:
http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_C/threadview?bn=4476&tid=4567637&mid=4567637

Defense Exhibit B:
http://messages.finance.yahoo.com/Stocks_%28A_to_Z%29/Stocks_C/threadview?m=tm&bn=4476&tid=4577540&mid=4584318&tof=-1&rt=2&frt=2&off=1

Defense Exhibit C:
http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_C/threadview?bn=4476&tid=4533896&mid=4554730

Defense Exhibit D:
http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_H/threadview?bn=8267&tid=948198&mid=948198

Defense Exhibit E:
http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_H/threadview?bn=8267&tid=854878&mid=854878

Defense Exhibit F:
http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_H/threadview?bn=8267&tid=857829&mid=857829

Yahoo! My Yahoo! Mail Search: Web Search

YAHOO! MESSAGE BOARDS

Sign In
New User? Sign Up

Message Boards Home - Help

**Defense Exhibit A**

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

**Cisco Systems, Inc. (CSCO)** - Quote Info

Message Boards Settings

Search : in Cisco Systems, Inc. (CSCO) Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Cisco Systems, Inc. (CSCO)

**View all Topics** | **View all Messages** < Newer Topic | Older Topic >

Get Message Board for: GO

**Bush should be sentenced to Hang** (1 Rating) 3-Feb-07 11:13 pm

for the massive murder in Iraq.
The congress is too weak to face this war monger Bush.
They might still be afraid that GOP would paint them no patriat? Democratic congress should atand up to say they will not only to impeach Bush but also they will sentence to hang him.

DSONG76771

View Messages
Ignore User
Report Abuse

**Rate it:**

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's th

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Bush should be sentenced to Hang | DSONG76771 | (1 Rating) | 3-Feb-07 11:13 pm |
| Re: Bush should be sentenced to Hang If Bush gets a FAIR TRIAL, he will get what h... | fosbach01 | Rate it | 4-Feb-07 12:04 am |
| Re: Bush should be sentenced to Hang Take an English writing course before you post. Y... | thestockpriceisal... | Rate it | 3-Feb-07 11:37 pm |
| Re: Bush should be sentenced to Hang Anything you say little boy....now run along and d... | dumbposter | Rate it | 3-Feb-07 11:38 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

ADVERTISEMENT

**Cisco Systems, Inc. (CSCO)**

**New!** Try our new Charts in Beta

CSCO 1-May 2:12pm (C)Yahoo!
27.2
27.0
26.8
26.6
26.4
10am 12pm 2pm 4pm

At 2:18PM ET: **26.695** ↓ **0.045 (0.17%)**

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Stock Picks - Daily Stock Alerts - Hot Stock Alerts, 100% to 1000% gains possible, Stocks ready to move.
www.otcstockexchange.com

Comprehensive E-Mini Trading Course - The Hottest E-mini Trading Room On The Net. See It Live For Free.
www.tradersinternational.com

Jim Cramer's investment picks online - Free Jim Cramer newsletter trial. Real stock advice from Jim Cramer.
www.TheStreet.com

Warren Buffett's Stocks - NEW free report reveals the stocks owned by investor Warren Buffett.
www.TopStockAnalysts.com

Copyright 2007 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.

Yahoo! My Yahoo! Mail Search: Web Search

YAHOO! MESSAGE BOARDS

Sign In
New User? Sign Up

Message Boards Home - Help

**Defense Exhibit B**

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

Cisco Systems, Inc. (CSCO) - Quote Info

Message Boards Settings

Search : in Cisco Systems, Inc. (CSCO) Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Cisco Systems, Inc. (CSCO)

**View all Topics** | **View all Messages** < Newer Topic | Older Topic >

**Re: The BUSH CRIME FAMILY....** (Not rated) 9-Apr-07 04:26 pm

Is the death penalty appropriate for Bush and his henchmen?

Yes, I believe it is.

humpty_chimpity

**Rate it:**

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's

| Subject | Author | Rating | Time of |
|---|---|---|---|
| The BUSH CRIME FAMILY.... Bush, Cheney, Rove, Rice, Rumsfeld, Wolfowitz, Scooter,... | fudd_cheney | | 6-Mar-0 |
| Re: The BUSH CRIME FAMILY.... After they see what they do, they know say "it's w... | paythebait | | 6-Mar-0 |
| Re: The BUSH CRIME FAMILY.... ... | rhjl2272 | | 7-Mar-0 |
| Re: The BUSH CRIME FAMILY.... how stupid.. Tell that to Bill Gates, Wa... | boner92001 | Rate it | 15-Apr- |
| Re: The BUSH CRIME FAMILY.... You are learning a powerful but painful lesson. ... | sirhim | | 6-Mar-0 |
| Re: The BUSH CRIME FAMILY.... Yo, Sharia Law master...it is our Laws that k... | globalular | | 7-Mar-0 |

Get Message Board for: GO

ADVERTISEMENT

Cisco Systems, Inc. (CSCO)

New! Try our new Charts in Beta

CSCO 1-May 2:12pm (C)Yahoo!
27.2 27.0 26.8 26.6 26.4
10am 12pm 2pm 4pm

At 2:19PM ET: **26.69** 0.05 (0.19%)

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Stock Picks - Daily Stock Alerts - Hot Stock Alerts, 100% to 1000% gains possible, Stocks ready to move.
www.otcstockexchange.com

Comprehensive E-Mini Trading Course - The Hottest E-mini Trading Room On The Net. See It Live For Free.
www.tradersinternational.com

Jim Cramer's investment picks online - Free Jim Cramer newsletter trial. Real stock advice from Jim Cramer.
www.TheStreet.com

Warren Buffett's Stocks - NEW free report reveals the stocks owned by investor Warren Buffett.
www.TopStockAnalysts.com

Yahoo! Message Boards - Cisco Systems, Inc. (CSCO) - BUSH IS THE WORST PRESI... Page 1 of 4

Yahoo! My Yahoo! Mail Search: Web Search

YAHOO! MESSAGE BOARDS Sign In New User? Sign Up Message Boards Home - Help

**Defense Exhibit C**

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

Cisco Systems, Inc. (CSCO) - Quote Info Message Boards Settings

Search : in Cisco Systems, Inc. (CSCO) Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks C > Cisco Systems, Inc. (CSCO)

**View all Topics** | **View all Messages** < Newer Topic | Older Topic > **Get Message Board for:** GO

**Re: BUSH SPEEK WITH FORKED TONGUE, BOLTON**

(12 Ratings)

10-Nov-06 10:30 pm

proves it. Fry the bastard.

**Rate it:**

pit_bullz35

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

NEVER MISS OUT WITH MAIL RIGHT ON YOUR HOME PAGE
DO YOU YAHOO!?
MAKE IT YOUR HOME PAGE

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List Page 1 of about 12 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's

| Subject | Author | Rating |
|---|---|---|
| Re: BUSH IS THE WORST PRESIDENT EVER<br>Bush still sucks. | pubs_lie | |
| Re: FAR RIGHT IS DEAD<br>all blowd up. | pit_bullz35 | |
| Re: BUSH IS THE WORST PRESIDENT EVER<br><EOM> | incarcerate_bush | |
| BUSH IS THE WORST "PRESIDENT" EVER<br>most sane people agree. | pubs_lie | |
| Re: FOURTH REICH MEETS IT'S MAKER<br>kaput. | pubs_lie | |
| Re: BUSH IS THE WORST PRESIDENT EVER<br><EOM> | incarcerate_bush_... | |
| Re: BUSH IS THE WORST PRESIDENT EVER<br>Bush will be America's first imprisoned | incarcerate_bush | |

## Cisco Systems, Inc. (CSCO)

New! Try our new Charts in Beta

CSCO 1-May 2:12pm (C)Yahoo!

At 2:20PM ET: **26.70** ↓ **0.04 (0.15%)**

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Stock Picks - Daily Stock Alerts - Hot Stock Alerts, 100% to 1000% gains possible, Stocks ready to move.
www.otcstockexchange.com

Comprehensive E-Mini Trading Course - The

http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_... 5/1/2007

Yahoo! My Yahoo! Mail Search: Web Search

YAHOO! MESSAGE BOARDS

Sign In
New User? Sign Up

Message Boards Home - Help

**Defense Exhibit D**

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

**Halliburton Company (HAL)** - Quote Info

Message Boards Settings

Search : in Halliburton Company (HAL) b Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks H > Halliburton Company (HAL)

**View all Topics | View all Messages** < Newer Topic | Older Topic >

**AMERICANS SHOULD AIRDROP BUSH OVER IRAQ.** (Not rated)

22-Feb-07 03:50 pm

So the "insyrgents" can cut his balls off and dismember him.

**Rate it:**

calseamonster

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's th

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| AMERICANS SHOULD AIRDROP BUSH OVER IRAQ. | calseamonster | Not rated | 22-Feb-07 03:50 pm |
| Re: AMERICANS SHOULD AIRDROP BUSH OVER IRAQ. we are so fat! | chubby_calsemen | Rate it | 22-Feb-07 03:51 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List

Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

**Get Message Board for:** GO

ADVERTISEMENT

**Halliburton Co. (HAL)**

**New!** Try our new Charts in Beta

HAL 1-May 2:03pm (C)Yahoo!

31.8 31.6 31.4 31.2 31.0
10am 12pm 2pm 4pm

At 2:15PM ET: **31.14** ↓0.63 (1.98%)

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Stock Picks - Daily Stock Alerts - Hot Stock Alerts, 100% to 1000% gains possible, Stocks ready to move.
www.otcstockexchange.com

Comprehensive E-Mini Trading Course - The Hottest E-mini Trading Room On The Net. See It Live For Free.
www.tradersinternational.com

Jim Cramer's investment picks online - Free Jim Cramer newsletter trial. Real stock advice from Jim Cramer.
www.TheStreet.com

Warren Buffett's Stocks - NEW free report reveals the stocks owned by investor Warren Buffett.
www.TopStockAnalysts.com

Copyright 2007 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.

Yahoo! My Yahoo! Mail Search: Web Search

YAHOO! MESSAGE BOARDS Sign In New User? Sign Up Message Boards Home - Help

**Defense Exhibit E**

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

## Halliburton Company (HAL) - Quote Info

Message Boards Settings

Search : in Halliburton Company (HAL) b Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks H > Halliburton Company (HAL)

**View all Topics** | **View all Messages** < Newer Topic | Older Topic >

**BUSH IS A PRESIDENT OF MASS DESTRUCTION.** (Not rated)

10-Jan-07 03:33 pm

Bush should be electrocuted.

**Rate it:**

calseamonster

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

### Messages in Topic

Minimum rating: 2 stars + unrated What's thi

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| BUSH IS A PRESIDENT OF MASS DESTRUCTION. | calseamonster | Not rated | 10-Jan-07 03:33 pm |

View: Simple | Summary | Expanded
As: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Get Message Board for: GO

ADVERTISEMENT

## Halliburton Co. (HAL)

New! Try our new Charts in Beta

At 2:16PM ET: **31.12** 0.65 (2.05%)

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

SPONSORED LINKS

Stock Picks - Daily Stock Alerts - Hot Stock Alerts, 100% to 1000% gains possible, Stocks ready to move.
www.otcstockexchange.com

Comprehensive E-Mini Trading Course - The Hottest E-mini Trading Room On The Net. See It Live For Free.
www.tradersinternational.com

Jim Cramer's investment picks online - Free Jim Cramer newsletter trial. Real stock advice from Jim Cramer.
www.TheStreet.com

Warren Buffett's Stocks - NEW free report reveals the stocks owned by investor Warren Buffett.
www.TopStockAnalysts.com

Copyright 2007 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.

Yahoo! My Yahoo! Mail Search: Web Search

Sign In
New User? Sign Up

Message Boards Home - Help

**Defense Exhibit F**

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

**Halliburton Company (HAL)** - Quote Info

Message Boards Settings

Search : in Halliburton Company (HAL) b Search Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks H > Halliburton Company (HAL)

**View all Topics** | **View all Messages** < Newer Topic | Older Topic >

**DISMEMBER LAURA AND THE TWINS . . .** (Not rated)

11-Jan-07 04:24 pm

and give them to george in a bodybag. maybe he will then understand.

**Rate it:**

calseamonster

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

**View**: Simple | Summary | Expanded
**As**: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

## Messages in Topic

Minimum rating: 2 stars + unrated What's th

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| DISMEMBER LAURA AND THE TWINS . . . | calseamonster | Not rated | 11-Jan-07 04:24 pm |

**View**: Simple | Summary | Expanded
**As**: Threaded | Msg List
Page 1 of about 1 First | < Prev | Next > | Last

< Newer Topic | Older Topic >

**Get Message Board for:** GO

ADVERTISEMENT

**Halliburton Co. (HAL)**

**New!** Try our new Charts in Beta

HAL 1-May 2:03pm (C)Yahoo!
31.8 31.6 31.4 31.2 31.0
10am 12pm 2pm 4pm

At 2:16PM ET: **31.13** ↓ **0.64 (2.01%)**

Enter Symbol(s): e.g. YHOO, ^DJI Get Quote

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Stock Picks - Daily Stock Alerts - Hot Stock Alerts, 100% to 1000% gains possible, Stocks ready to move.
www.otcstockexchange.com

Comprehensive E-Mini Trading Course - The Hottest E-mini Trading Room On The Net. See It Live For Free.
www.tradersinternational.com

Jim Cramer's investment picks online - Free Jim Cramer newsletter trial. Real stock advice from Jim Cramer.
www.TheStreet.com

Warren Buffett's Stocks - NEW free report reveals the stocks owned by investor Warren Buffett.
www.TopStockAnalysts.com

Copyright 2007 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.