PRETRIAL CONFERENCE MEMORANDUM

UNITED STATES v. VIKRAM BUDDHI
2:06 CR 63 JTM

Pretrial conference conducted June 8, 2007, before Andrew P. Rodovich, Magistrate Judge. Government represented by Philip Benson, AUSA. Defendant represented by John Martin, FCD. Proposed voir dire to be submitted by June 19, 2007. A list of potential jurors shall be available the Friday prior to trial. Proposed jury instructions to be filed by June 19, 2007. There are no pending motions. Any motions in limine by defendant to be filed by June 15, 2007. The government has provided Criminal Rule 16 and *Brady* materials; 3500 materials to be provided the Friday prior to trial. The parties are working on stipulations. The government has no video tapes or audio tapes. Parties shall exchange a list of witnesses by June 19, 2007. Parties shall file their lists of exhibits by June 19, 2007. Rule 404(b) proffer due June 15, 2007; no *Santiago* or Rule 609(a) proffers. The parties estimate the length of trial to be 4-5 days. The parties are reminded that if a defendant is in custody, defense counsel must make sure civilian clothes are delivered to the U.S. Marshal's Office at least one business day prior to the start of trial. The parties are further reminded of the requirement of Local Rule 101.1 of entering any plea agreements not later than five (5) days prior to trial.

COPY OF MEMORANDUM TO COUNSEL, JUDGE SIMON


CT: 20