UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CAUSE NO. 2:06 CR 63 |
| | ) | |
| VIKRAM BUDDHI | | |

## NOTICE OF EXPERT TESTIMONY PURSUANT TO FRCP 16(a)(1)(D)

Comes now the United States of America, by Assistant United States Attorney Philip C. Benson, and gives notice of its intention to introduce expert testimony and in support of its motion states as follows:

***Christian Ebel-Orr***

Christian Ebel-Orr, a forensic computer examiner with testify in accordance with his report prepared in this case and supplied to defense counsel

***Scott Ksander***

Scott Ksander will testify that he is the Executive Director of IT Network and Security at Purdue University and in charge of the telecommunications and network information security at that facility. As part of his duties he was asked to assist in determining which computers at Purdue University were used to post the internet threats as issue in this case. During the course of his investigation he determined that the IP addresses used to post the internet postings belonged to Purdue University and assigned to various students throughout the Purdue University campus.[1]

---

[1] IP stands for Internet Protocol. All computers across the internet are assigned a unique identifier called an IP address. IP addresses are used like street addresses so other computers can locate them. IP addresses are numerical numbers between 0 and 255, separated by periods. For example, an IP Address may look something like: 56.234.22.12.

Ksander examined the ARP (Address Resolution Protocol) tables for the school. The ARP tables identify which students are assigned a specific IP address at any given time. These ARP tables link the usage of these IP addresses to the MAC ( Media Access Control) address of the student/teacher's computer.[2]

Ksander's examination of the ARP tables revealed that the IP addresses that were being used to post these internet threats were not linked to the properly assigned student /teacher MAC address. In examining the MAC address linked to all of the stolen IP addresses used to post these threats, all of the IP addresses came back to the MAC address assigned to Buddhi's computer, rather than to the properly assigned MAC address user.

                        Respectfully submitted,

                        JOSEPH S. VAN BOKKELEN
                        UNITED STATES ATTORNEY

                        By:    /s/ Philip C. Benson
                                Assistant United States Attorney
                                Attorney # 14498-45

---

[2] The MAC (Media Access Control) address is a computer's unique hardware number. When you're connected to the Internet from your computer, a correspondence table relates your IP address to your computer's physical (MAC) address on a computer network.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I filed the foregoing with the Clerk of Court using the EC/CMF system which sent notification of such filing to the following:

**John Martin**

/s/ Philip C. Benson
Assistant U.S. Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320