UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:06 CR 63 |
| | ) | |
| **VIKRAM S. BUDDHI** | ) | |

## O R D E R

Defendant has moved for attorney-directed voir dire. (Docket # 69.) The motion is **DENIED**. Counsel are reminded that proposed voir dire questions are to be submitted by the close of business on Wednesday, June 19, 2007, via the electronic filing system. Each proposed question is to be submitted on a separate page.

**SO ORDERED.**

ENTER: June 18, 2007

        s/James T. Moody
        JUDGE JAMES T. MOODY
        UNITED STATES DISTRICT COURT