UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

  Plaintiff,

v.         CASE NUMBER: 2:06 CR 63

VIKRAM S. BUDDHI

  Defendant.

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

  The defendant, Vikram S. Buddhi, by counsel, John E. Martin, respectfully submits his proposed voir dire questions.

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.

        By:  S/John E. Martin
          John E. Martin
          31 East Sibley Street
          Hammond, IN 46320
          Phone: (219) 937-8020
          Fax: (219) 937-8021

## CERTIFICATE OF SERVICE

  I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

    **Philip Craig Benson**
    philip.benson@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/CM/ECF participants:

         S/John E. Martin

**DEFENDANT'S VOIR DIRE QUESTION NO. 1**

How do you feel about the war in Iraq? What is your opinion?

# DEFENDANT'S VOIR DIRE QUESTION NO. 2

Have you or any family member ever served in the military?

# DEFENDANT'S VOIR DIRE QUESTION NO. 3

Do you currently have any family members or friends serving in the military?

# DEFENDANT'S VOIR DIRE QUESTION NO. 4

Are you actively involved in any political party?  If so, which party?

# DEFENDANT'S VOIR DIRE QUESTION NO. 5

Have you ever worked on a political campaign for one of the major political parties? If so, which party did you work for?

**DEFENDANT'S VOIR DIRE QUESTION NO. 6**

Do you read newspapers or watch the news often?

# DEFENDANT'S VOIR DIRE QUESTION NO. 7

Do you consider yourself knowledgeable about world affairs and political affairs?

# DEFENDANT'S VOIR DIRE QUESTION NO. 8

Do you listen to talk radio? If so, what shows do you listen to on talk radio?

**DEFENDANT'S VOIR DIRE QUESTION NO. 9**

How often do you attend religious services?

# DEFENDANT'S VOIR DIRE QUESTION NO. 10

How do you feel about the first amendment right to freedom of speech?

# DEFENDANT'S VOIR DIRE QUESTION NO. 11

Do you have any strong feelings about speech that should not be allowed under the first amendment?

# DEFENDANT'S VOIR DIRE QUESTION NO. 12

Words can be vulgar and offensive but not illegal. If you hear vulgar and offensive words attributable to the defendant, can you still be fair and render a decision based on the law as instructed by this court?

# DEFENDANT'S VOIR DIRE QUESTION NO. 13

Do you ever visit the message board on Yahoo Finance?

# DEFENDANT'S VOIR DIRE QUESTION NO. 14

Have you ever visited a blog on the internet or have you ever blogged?

# DEFENDANT'S VOIR DIRE QUESTION NO. 15

How often do you go online?

# DEFENDANT'S VOIR DIRE QUESTION NO. 16

Do you own a gun and/or are you a member of the National Rifle Association (NRA)?

**DEFENDANT'S VOIR DIRE QUESTION NO. 17**

What are your opinions on immigration?