Yahoo! My Yahoo! Mail  Make Yahoo! your home page

Search the Web [ Search ]

# YAHOO! FINANCE
## Message Boards

Sign In
New User? Sign Up

Message Boards Home - Help






Top > Business & Finance > Investments > Sectors > Technology > Communications Equipment > JDSU (JDS Uniphase Corporation)

Options - Edit Public Profile

## Yahoo! Message Boards: JDSU

Add to My Yahoo

< Previous | Next > [ First | Last | Msg List ] Msg #: [Go] Reply

Recommend this Post          Ignore this User | Report Abuse

**ADVERTISEMENT**

### ASSASSINATION OF GW BUSH SOON
by: extreriemist_bush (59/M)
Long-Term Sentiment: **Strong Sell**

12/21/05 03:47 pm
Msg: 815412 of 815443

**Forbidden**

You were denied access because:

Access denied by access control list.

Bastard Bush reiterated his case for staying the course in Iraq and keeping troops in place during a televised speech at 9 p.m. ET....

"We would abandon our Iraqi friends -- and signal to the world that America cannot be trusted to keep its word,".

TRANSLATION:

"WE WOULD ABANDON IRAQI OIL AND SIGNAL TO THE WORLD AMERICA WILL NO LONGER GIVE FREE HANDOUTS FROM PROCEEDS OF STOLEN IRAQI OIL."

he said in excerpts of the speech released Sunday. "We would hand Iraq over to enemies who have pledged to attack us -- and the global terrorist movement would be emboldened and more dangerous than ever before."

TRANSLATION:

"WE WOULD HAND OVER IRAQ TO ITS PEOPLE WHO WE RAPED AND KILLED AND WHO ARE NOW HOPPING MAD AT US...WE WILL NEVER BE SAFE FROM OUR VICTIMS. WE ARE IN A JAM AND SHAFTED HIGH...I HAVE NO IDEA WHAT TO DO NOW EXCEPT CONTINUE ON FURTHER WITH THE MESS."

**JDSU Snapshot**
JDSU 21-Dec 4:00pm (C)Yahoo

JDSU 2.51 +0.07 +2.87%
[Get Quotes]
Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Msg Profile, Reports, Research, SEC Filings, more
Get Streaming Real-Time Quotes
with Yahoo! Finance

http://finance.messages.yahoo.com/bbs?action=m&board=4687941&tid=unph&sid=4687941&m...  12/21/2005

EXHIBIT ___A___

The speech will mark the first time he has spoken on Iraq from the Oval Office since launching the invasion of Iraq...THE EPITOME OF DECEIT.

---

FREE SADDAM & ARREST BUSH FOR THIS

US (CIA) is running covert terrorist operations around the world. "Rendition" is now the term for kidnapping people of interest, torturing them, and holding them without legal recourse (in foreign countries).

IT IS NOW LEGAL UNDER INTERNATIONAL LAW TO BOMB KEY SITES IN USA.
IRAQIS! GIVE ANGLOSAXONS THE TIT REACTION FOR THE TAT ACTION OF BUSH AND REPUBLICANS...KILL THE WHITE ANGLOSAXN AMERICAN BRITISH BASTARDS...FULLY JUSTIFIED IN LIGHT OF THESE WHITE EVIL DOERS ACTIONS.

ANGLOSAXONS SAY USA IS LAND OF FREE...

When Anglosaxons, who originally came from restrictive ENGLAND,
say America is land of the Free and the Brave,
they mean FREE TO KILL THE NATIVE INDIANS AND BRAVE ENOUGH NOT
TO FEEL GUILTY ABOUT IT..

OH YEAH! LAND OF THE FREE AND THE BRAVE>>>MY FOOT!

GO ARABS AND KOREANS!
RAPE AND KILL THE ANGLOSAXONS...NO MERCY.

Message Thread [ View ]          Profanity filter is Off [ Turn On ]
≤ Previous | Next ≥ [ First | Last | Msg List ] Msg #:      [Go] Reply

[ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Authors

Reminder: This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2005 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback