Yahoo! My Yahoo! Mail

YAHOO! FINANCE  **Sign In**
              Message Boards  New User? Sign Up

Search the Web     Search

Message Boards Home - Help

   

Top > Business & Finance > Investments > Sectors > Consumer Cyclical > Auto and Truck Manufacturers > GM (General Motors Corp.)

Options - Edit Public Profile

## Yahoo! Message Boards: GM

Add to My Yahoo!

< Previous | Next > [ First | Last | Msg List ]  Msg #:    Go  Reply

Recommend this Post                        Ignore this User | Report Abuse

ADVERTISEMENT
☒ Click to learn more...

## CALL FOR ASSASSINATION OF GW BUSH

01/17/06 01:57 pm
Msg: 222642 of 222704

by: exxtremist_bush (59/M)
Long-Term Sentiment: **Strong Sell**

ENOUGH OF SHIT FROM ANGLOSAXONS.
SEEK THEM OUT WHERE EVER THEY ARE ON THIS EARTH,
RAPE THEIR WOMEN, KILL THEIR MEN, CUTOUT THEIR
VAGINAS, CUT OUT THEIR PENISES, CHOP OFF THEIR
HEAD, SHOVE THEIR CHOPPED VAGINA AND PENISES
DOWN THEIR BEHEADED-NECK-STUMP HOLES.
THIS IS THE ONLY AND LEGAL WAY TO DEAL WITH
ANGLOSAXONS. NEVER TRUST THEM, NEVER BEFRIEND
THEM, NEVER DO ANY BUSINESS WITH THEM.

BOMB ALL FACILITIES SETUP BY ANGLOSAXONS: BOMB
THE PORTS IN ASIA BUILT BY ANGLOSAXONS, BOMB ALL
TRADE AND COMMERCE SETUP BY ANGLOSAXONS IN
ASIA, AND BUILD YOUR OWN FACILITIES AND
COMMERCE THAT EXCLUDES THE ANGLSAXONS. THIS IS
THE ONLY WAY TO DEAL WITH ANGLOSAXONS.

BOMB AND DESTROY ANGLOSAXON POWERPLANTS,
ROADS, BRIDGES, NUCLEAR PLANTS, WATER SUPPLY,
COMMERCE BUILDINGS, OIL LINES 'OWNED' BY
ANGLOSAXON REPUBLICANS, DENY THEM THEIR
LOOTING WAY OF LIFE. THIS IS THE ONLY JUST AND
LEGAL WAY TO DEAL WITH ANGLOSAXONS. BOMB KEY
FACILITIES IN USA AND BRITAIN...FULLY JUSTIFIED IN
LIGHT OF THE LOOTING AND KILLING WAY OF LIFE OF
THE ANGLOSAXONS. KILLING ANGLOSAXONS AND
BOMBING THEIR WAY OF LIFE IS LEGAL AND JUSTIFIED.



**GM Snapshot**
GM 17-Jan 2:11pm (C)Yahoo

GM 19.82 -0.55 -2.70%
Get Quotes
Delayed data
providers - disclaimer

Symbol Lookup

Chart, Financials, Historical Prices, Industry, Insider, Mess
Profile, Reports, Research, SEC Filings, more
Get Streaming Real-Time Quotes
with Yahoo! Finance

EXHIBIT _____ B _____

MAKE THEM, ANGLOSAXONS, "FEEL THE PAIN" BEFORE
THEY ARE KILLED.

GO IRAQIS! IF GW BUSH SEEKS TO KILL YOU, THEN YOU
IRAQIS HAVE EVERY RIGHT TO KILL GW BUSH! IT IS
CALLED TIT-FOR-TAT WAR.

GO IRAQIS! SEEK REVENGE FOR AMERICANS KILLING
312,769 IRAQI WOMEN AND CHILDREN IN IRAQ.

GO IRAQIS, FIGHT BACK! SEEK, KILL, BURN & HANG THE
AMERICAN AND BRITISH ANGLOSAXONS ANYWHERE
YOU FIND THEM.

OPPORTUNIST AMERICANS INVADED IRAQ TO KILL
IRAQIS AND GRAB YOUR LAND USING DELIBERATE FALSE
PRETEXTS.

THIS IS TANTAMOUNT TO MURDER OF CIVILIANS BY
AMERICANS AND WORSE THAN TERRORISM. THERE IS NO
SUCH THING AS TERRORISM
...IT IS CALLED WAR.

SO IRAQIS, FIGHT BACK AND KILL ANY AND ALL
AMERICANS IN ANY COUNTRY OUTSIDE IRAQ WHERE
EVER YOU CAN FIND THEM.
IF THE AMERICANS CAN KILL IRAQIS OUTSIDE THE USA,
SO CAN THE IRAQIS KILL AMERICANS OUTSIDE IRAQ AND
BE FULLY JUSTIFIED IN THEIR WAR AGAINST AMERICANS.

GO IRAQIS! USE AMERICAN HOSTAGES AS HUMAN
SHIELDS TO KILL AS MANY AMERICANS AS POSSIBLE!
YOU WILL BE ABLE TO KILL MORE MURDEROUS
AMERICANS THIS WAY!

KICK THE REPUBLICAN BUTT OUT OF IRAQ.
FIGHT FOR YOUR RIGHTS AND DON'T BACK DOWN
TILL YOU WIN!

LESSON 1)
REPUKES ONLY UNDERSTAND THE RULE OF GUN, SO
KEEP FIGHTING BACK! BURNTHEM, HANG THEM,KILL ALL
HOSTAGES, WEAR OUT THEIR TANKS, AMMUNITION,
CHOPPERS AND VEHICLES. MAKE THEM PAY BY
INCREASING THEIR MILITARY EXPEDITURE BEYOND THE
OIL REVENUES THEY ARE STEALING FROM YOU. DRIVE
AMERICANS INTO LOSS AND DEFEAT BY FIGHTING BACK
RELENTLESSLY! IT IS YOUR LAND AND YOUR RIGHT TO

DEFEND YOUR LAND AGAINST AMERICAN AGGRESSION.
DO UNTO THEM WHAT THEY DO UNTO YOU: FIGHT AND
KILL THEM TILL THEY STOP THE KILLING.

FIGHT FOR YOUR FREEDOM FROM THE MURDERING
REPUBLICAN ANGLO-SAXON INVADERS.

**Message Thread [ View ]**          **Profanity filter is Off [ Turn On ]**

**< Previous | Next > [ First | Last | Msg List ]** Msg #:     [Go] 📝 **Reply**

[ Search ]

◉ All   ○ Subject   ○ Message Text   ○ Authors

**Reminder:** This board is not connected with the company. These messages are only the opinion of the poster, are no substitute for your own research, and should not be relied upon for trading or any other purpose. Never assume that you are anonymous and cannot be identified by your posts. Please read our Terms of Service. For more information regarding investments and the Internet, please visit the SEC Web site.

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright/IP Policy - Guidelines - Help - Ad Feedback