# United States District Court

## NORTHERN DISTRICT OF INDIANA

**SEALED**

UNITED STATES OF AMERICA
V.

VIKRAM BUDDHI

WARRANT FOR ARREST

JUN 2 1 2007

CASE NUMBER: 2:06-cr-63

Hammond, In

**SEALED UNTIL ARREST**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest VIKRAM BUDDHI and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [ ] Complaint [ ] Order of court [X] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Pretrial Release

in violation of Title 18 United States Code, Section(s) 3606

STEPHEN R. LUDWIG
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

2007 JUN 21 PM 2 42
STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

**FILED**

*Pat Miller*
Signature of Issuing Officer
Deputy Clerk

June 20, 2007 at Hammond, Indiana
Date and Location

By Andrew P. Rodovich
Name of Judicial Officer

Bail fixed at $

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Hammond Federal Courthouse ||| 
| DATE RECEIVED 20/June/07  DATE OF ARREST 21/June/07 | NAME AND TITLE OF ARRESTING OFFICER Ed Payne | SIGNATURE OF ARRESTING OFFICER Ed Payne |