Yahoo! My Yahoo! Mail        Search:                             Web Search

 **MESSAGE BOARDS**   **Sign In**        Message Boards Home - Help
New User? Sign Up



Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

### JDS Uniphase Corporation (JDSU) - Quote Info         Message Boards Settings

Search : [            ] in JDS Uniphase Corporatio[n]    ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks J > JDS Uniphase Corporation (JDSU)

**View all Topics | View all Messages**    < Newer Topic | Older Topic >     Get Message Board fo[r]
                                                                              ADVERTISEMEN[T]

**JUST REPORTED TO FBI**  (Not rated)

21-Dec-05 08:49 pm

I have called FBI and they will call me back on this guy EXTRERIEMIST BUSH. Please you all must call from your state on this man. I have lots to tell because I had to deal with since 12/13/05 he has to be stop. This board is for stock not nasty msgs.

 rozaliakot

View Messages

**Sentiment :** Buy

**Rate it:**
☆☆☆☆☆

Ignore User

Report Abuse

< Previous Message | Next Message >



**JDS Uniphase Corp. (**

New! Try our new Charts
JDSU 10-Jan 12:49pm

At 12:48PM ET: **16.50** ↓ 0.

Enter Symbol(s):
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes

Quote data delayed 15 minutes f[or]
minutes for NYSE and Amex. For de[l]
exchanges see exchange

**View:** Simple | Summary | Expanded
**As:** Threaded | Ms[g] page 1 of about 1   First | < Prev | Next > | Last

### Messages in Topic

### SPONSORED LINKS

Minimum rating: 2 stars + unrated ▼ What's this?

Investment Services - High
portfolios through innovativ[e]
technology. Portfolio, e-ma[il]
research plus Web site. O[pen]
account or trade on your o[wn]
Asset Management.

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| JUST REPORTED TO FBI | rozaliakot | Not rated | 21-Dec-05 08:49 pm |

http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_J/threadview?bn=26247&tid=815441&mid=815441

Yahoo!  My Yahoo!  Mail          Search:                                    Web Search

**YAHOO! MESSAGE BOARDS**   Sign In          Message Boards Home - Help
                            New User? Sign Up

Scottrade
Low Fees- High Speed
$7 Online Trades

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

| JDS Uniphase Corporation (JDSU) - Quote Info | Message Boards Settings |
| Search: [Search]    in JDS Uniphase Corporation | Advanced Search |

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks J > JDS Uniphase Corporation (JDSU)

**View all Topics | View all Messages**   < Newer Topic | Older Topic >     Get Message Board fo

ADVERTISEMEN

**FBI** (Not rated)                     22-Dec-05 07:07 am

FBI did call me last night. I give the all the imformation about it EXTRERIEMIST BUSH and they will see where is from and who it is. Hope we will not see his name again.



rozaliakot

View Messages
Ignore User
Report Abuse

JDS Uniphase Corp. (
New! Try our new Charts
JDSU 10-Jan 12:43pm
17.0
16.8
16.6
16.4
16.2
    10am    12pm    2p

At 12:43PM ET: **16.50** ↓ 0.

**Sentiment :** Buy

**Rate it:**
☆☆☆☆☆

< Previous Message | Next Message >

Enter Symbol(s):
e.g. YHOO, ^DJI

Symbol Lookup

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List Page 1 of about 1  First | < Prev | Next > | Last

Get streaming real-time quote:
Quote data delayed 15 minutes f
minutes for NYSE and Amex. For del
exchanges see exchange

**Messages in Topic**

**SPONSORED LINKS**

Minimum rating: **2 stars + unrated**  What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---------|--------|--------|-------------------|
| FBI | rozaliakot | Not rated | 22-Dec-05 07:07 am |
| CIA | MauriceWh73 | Rate it | 22-Dec-05 07:10 am |

(※ MauriceWh73 circled)

Investment Services - High portfolios through innovativ technology. Portfolio, e-ma research plus Web site. Op account or trade on your o Asset Management.

http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_J/threadview?bn=26247&tid=815460&mid=815460

Yahoo! My Yahoo! Mail          Search:   Sign In                                    Web Search
                                          New User? Sign Up                Message Boards Home - Help

# YAHOO! MESSAGE BOARDS

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

Message Boards Settings

## Alcoa, Inc. (AA) - Quote Info

Search :                    in Alcoa, Inc. (AA) board    [Search]        ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks A > Alcoa, Inc. (AA)

View all Topics | View all Messages    < Newer Topic | Older Topic >

Get Message Board for: [      ] [GO]

**Re: Racism in the repug ranks???** (Not rated)   30-Sep-05 04:55 pm

ADVERTISEMENT

Why black peaople don't see the problem with own people. The laud music bum.bum.bum. Children in homes like that have problem at school. List goes on. They will always blame REP. Bush needs to take them by hand and walk them to work or school.

rozaliakot

View Messages
Ignore User
Report Abuse

**Alcoa Inc. (AA)**

New! Try our new Charts in Beta
AA 21-Jun 11:24am (C)Yahoo!

40.6
40.4
40.2
40.0
39.8
    10am   12pm   2pm   4pm

**Sentiment :** Strong Buy
**Rate it:**
☆☆☆☆☆

< Previous Message | Next Message >

At 11:32AM ET: **40.08** ↓ 0.17 (0.42%)

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1   First | < Prev | Next > | Last

Enter Symbol(s):              [Get Quote]
e.g. YHOO, ^DJI
           Symbol Lookup

Minimum rating: 2 stars + unrated   What's

Get streaming real-time quotes - Free Trial

**Messages in Topic**

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

| Subject | Author | Rating | Time of Post (E |
|---|---|---|---|
| Racism in the repug ranks??? A Bush Cabinet officer predicted this week that New Orl... | gotcha_tini | Rate it | 30-Sep-05 12:41 |
| More.... Racism in the repug ranks??? But I do know that it's true that if you wanted to... | Manuel_Labour | Rate it | 30-Sep-05 12:42 |
| Re: More.... Racism in the repug ranks??? That quote was taken out of context by some l... | wufpack_red | Rate it | 30-Sep-05 12:58 |
| Re: More.... Racism in the repug ranks?? Then why did the White House just condem... | jesusisalrite2 | Rate it | 30-Sep-05 02:29 |
| Re: More.... Racism in the repug ranks?? In the first place, you ought to re... | wufpack_red | Rate it | 30-Sep-05 05:47 |

**SPONSORED LINKS**

Essent Xpress Energy Trading tool - Web-based energy trading platform. Fast, reliable and secure.
www.essenttrading.com

Free Stock Report - Make Money in Growth Stocks. We have a Winner for You.
www.GrowthStockGuru.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.
www.otcstockexchange.com

NCM Financial, LLC - Option Portfolio Software For Investors - Patent Pending.
www.ncmfinancial.com

http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_A/threadview?bn=2&tid=57002&mid=57021

Yahoo! My Yahoo! Mail   Search:   Web Search

Sign In   Message Boards Home - Help
New User? Sign Up

YAHOO! MESSAGE BOARDS

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

Message Boards Settings

**Bema Gold Corporation (BGO)** - Quote Info

Search :   in Bema Gold Corporation (BGO)   Search   ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks B > Bema Gold Corporation (BGO)

**View all Topics | View all Messages**   < Newer Topic | Older Topic >

Get Message Board for:   GO

ADVERTISEMENT

**Re: The Gold Volcano will Erupt!** (Not rated)   21-Dec-05 05:46 am

DEMOCRAT IS BASHING BUSH FOR EVERYTHING. LET A LIFE AND LOOK AT THE DEMOCRATS HOW THEY RUNNING THE SPENDING.....

rozaliakot

**Sentiment :** Strong Buy

**Rate it:**
☆☆☆☆☆

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

**SPONSORED LINKS**

Essent Xpress Energy Trading tool - Web-based energy trading platform. Fast, reliable and secure.
www.essenttrading.com

Free Stock Report - Make Money in Growth Stocks. We have a Winner for You.
www.GrowthStockGuru.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.
www.otcstockexchange.com

NCM Financial, LLC - Changing the way investors use options. Patent Pending.
www.ncmfinancial.com

**View:** Simple | Summary | Expanded   Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

**Messages in Topic**   Minimum rating: 2 stars + unrated   What's

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Re: The Gold Volcano will Erupt! | rozaliakot | Not rated | 21-Dec-05 05:46 am |
| Re: The Gold Volcano will Erupt! Your wish might come true. | treasure_wave | Rate it | 21-Dec-05 11:39 am |

**View:** Simple | Summary | Expanded   Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

Copyright 2007 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.

http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_B/threadview?bn=2210&tid=129316&mid=129318

Yahoo! My Yahoo! Mail    Search:    **Web Search**

**YAHOO! MESSAGE BOARDS**    Sign In / New User? Sign Up    Message Boards Home - Help

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

**JDS Uniphase Corporation (JDSU) - Quote Info**    Message Boards Settings

Search: [ ] in JDS Uniphase Corporation (JI...) [Search]    ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks J > JDS Uniphase Corporation (JDSU)

View all Topics | View all Messages    < Newer Topic | Older Topic >      Get Message Board for: [ ] [GO]

**SORRY, MELIN NEW APRENTICE** (Not rated)

21-Dec-05 08:00 pm

The messg. I have sent it was not for you, met for the scum bag that wrote to assin. BUSH. I have found mesgs. from 12/13/05. There lots of msgs. from me because I was trying to get him of the board. no. 814705,814313,814282 and more. That day I spoke to yahoo and they told me that it will be investigated but nothing happen because he is still on board. He must nuts, lost lots of money or worse.

rozaliakot

View Messages
Ignore User
Report Abuse

**Sentiment:** Buy

**Rate it:**
☆☆☆☆☆

< Previous Message | Next Message >

**View:** Simple | Summary | Expanded    Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

ADVERTISEMENT

**JDS Uniphase Corp. (JDSU)**

New! Try our new Charts in Beta


At 11:32AM ET: **13.565** ↓ 0.025 (0.18%)

Enter Symbol(s): [ ] [Get Quote]
e.g. YHOO, ^DJI

Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**Messages in Topic**    Minimum rating: **2 stars + unrated** What's

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| SORRY, MELIN NEW APRENTICE | rozaliakot | Not rated | 21-Dec-05 08:00 pm |
| Re: SORRY, MELIN NEW APRENTICE Its no problem.... just confused me when I read it... | merlins_new_appre... | Rate it | 22-Dec-05 08:53 am |

**View:** Simple | Summary | Expanded   Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

< Newer Topic | Older Topic >

**SPONSORED LINKS**

Essent Xpress Energy Trading tool - Web-based energy trading platform. Fast, reliable and secure.
www.essenttrading.com

Free Stock Report - Make Money in Growth Stocks. We have a Winner for You.
www.GrowthStockGuru.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.
www.otcstockexchange.com

NCM Financial, LLC - Changing the way investors use options. Patent Pending.
www.ncmfinancial.com

Copyright 2007 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.

http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_J/threadview?bn=26247&tid=815440&mid=815440

Yahoo!  My Yahoo!  Mail    Make Y! your home page           Search:                                    Web Search

**YAHOO! MESSAGE BOARDS**    Sign In       New User? Sign Up                     Message Boards Home - Help

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

| Allegheny Technologies (ATI) - Quote Info | Message Boards Settings |

Search : [_____]  in Allegheny Technologies (ATI)  [Search]       ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks A > Allegheny Technologies (ATI)

**View all Topics | View all Messages**   < Newer Topic | Older Topic >           Get Message Board for: [GO]

**ATI** (Not rated)                        26-Jan-06 10:43 am                          ADVERTISEMENT

It's funny the way DEMACRAT cronies questioning president BUSH, he just wants to keep us safe.

rozaliakot

**Sentiment :** Strong Buy

**Rate it:**                                                View Messages
⭐☆☆☆☆                                                       Ignore User
                                                            Report Abuse

                              < Previous Message | Next Message >

**Allegheny Technologies Inc. (ATI)**

New! Try our new Charts in Beta
ATI 21-Jun 11:23am (C)Yahoo!
109
108
107
106
105
   10am   12pm   2pm   4pm

At 11:23AM ET: **106.31** ↓ 1.96 (1.81%)

**View:** Simple | Summary | Expanded      Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

**Messages in Topic**           Minimum rating: [2 stars + unrated]  What's t

| Subject | Author | Rating | Time of Post (ET) |
|---------|--------|--------|-------------------|
| ATI | rozaliakot | Not rated | 26-Jan-06 10:43 am |
| Re: ATI Funny how Democrats buy ATI, too....funny how that... | nclblows | Rate it | 26-Jan-06 10:45 am |

Enter Symbol(s):           [Get Quote]
e.g. YHOO, ^DJI
Symbol Lookup

Get streaming real-time quotes - Free Trial

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

**SPONSORED LINKS**

Essent Xpress Energy Trading tool - Web-based energy trading platform. Fast, reliable and secure.
www.essenttrading.com

Free Stock Report - Make Money in Growth Stocks. We have a Winner for You.
www.GrowthStockGuru.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.

www.otcstockexchange.com

NCM Financial, LLC - Changing the way investors use options. Patent Pending.
www.ncmfinancial.com

**View:** Simple | Summary | Expanded    Page 1 of about 1   First | < Prev | Next > | Last
**As:** Threaded | Msg List

                     < Newer Topic | Older Topic >

Copyright 2007 © Yahoo! Inc. All right reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.

http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_A/threadview?bn=1586&tid=3470&mid=3470

Yahoo! My Yahoo! Mail | Search: | Web Search

# YAHOO! MESSAGE BOARDS

Sign In
New User? Sign Up

Message Boards Home - Help

Welcome to the new Yahoo! Message Boards - Send us feedback | **Product updates**

**JDS Uniphase Corporation (JDSU) - Quote Info**

Message Boards Settings

Search: _____ in JDS Uniphase Corporation (JL[...]) [Search]    ▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Investments > Stocks (A to Z) > Stocks J > JDS Uniphase Corporation (JDSU)

**View all Topics | View all Messages**   < Newer Topic | Older Topic >

Get Message Board for: _____ [GO]

### Re: CALL FOR ASSASSINATION OF GW BUSH (Not rated)

13-Dec-05 04:53 pm

You are stupid to say things like that. My son is fighting for you freedom. People like you make this country full of hate.

rozaliakot

**Sentiment:** Strong Buy

**Rate it:**
⭐⭐⭐⭐⭐

View Messages
Ignore User
Report Abuse

< Previous Message | Next Message >

ADVERTISEMENT

**JDS Uniphase Corp. (JDSU)**

New! Try our new Charts in Beta



At 11:35AM ET: **13.56** ↓ 0.03 (0.22%)

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List        Page 1 of about 1   First | < Prev | Next > | Last

Enter Symbol(s):
e.g. YHOO, ^DJI   [Get Quote]

Symbol Lookup

Get streaming real-time quotes - Free Trial

### Messages in Topic

Minimum rating: 2 stars + unrated   What's

Quote data delayed 15 minutes for Nasdaq, 20 minutes for NYSE and Amex. For delay times on other exchanges see exchange table.

| Subject | Author | Rating | Time of P( |
|---|---|---|---|
| Re: CALL FOR ASSASSINATION OF GW BUSH<br>Dude, you must be out of your mind. I have report... | korkkrusher | Rate it | 13-Dec-05 |
| Re: CALL FOR ASSASSINATION OF GW BUSH<br>NICE!! hp | hpdna | Rate it | 13-Dec-05 |
| Re: CALL FOR ASSASSINATION OF GW BUSH | rozaliakot | Not rated | 13-Dec-05 |
| Re: CALL FOR ASSASSINATION OF GW BUSH<br>My hand is extended towards your son! Thanks!... | hpdna | Rate it | 13-Dec-05 |
| Re: CALL FOR ASSASSINATION OF GW BUSH<br>I just reported this guy too, what an id... | scrappymcfiesty | Rate it | 13-Dec-05 |
| Re: CALL FOR ASSASSINATION OF GW BUSH | hpdna | Rate it | 13-Dec-05 |

**SPONSORED LINKS**

Essent Xpress Energy Trading tool - Web-based energy trading platform. Fast, reliable and secure.
www.essenttrading.com

Free Stock Report - Make Money in Growth Stocks. We have a Winner for You.
www.GrowthStockGuru.com

Stocks Ready To Soar - Hot News Alerts, Huge Profits 1000%+, Stock Near Explosive Breakout.
www.otcstockexchange.com

NCM Financial, LLC - Option Portfolio Software For Investors - Patent Pending.
www.ncmfinancial.com

http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_J/threadview?bn=26247&tid=814230&mid=814232



http://messages.finance.yahoo.com/Business_%26_Finance/Investments/Stocks_%28A_to_Z%29/Stocks_U/threadview?bn=8074&tid=17140&mid=17200