UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                        CASE NUMBER: 2:06 CR 63

VIKRAM S. BUDDHI

    Defendant.

## DEFENDANT'S MOTION TO WITHDRAW OBJECTION TO SUBBARAO BUDDHI AS A GOVERNMENT WITNESS

Defendant VIKRAM S. BUDDHI, by counsel John E. Martin, respectfully submits this motion to withdraw his objection to the presence of Subbarao Buddhi on the government's witness list.

                                            Respectfully submitted,

                                            Northern District of Indiana
                                            Federal Community Defenders, Inc.

                                         By:   s/John E. Martin
                                                John E. Martin
                                                31 East Sibley Street
                                                Hammond, IN 46320
                                                Phone: (219) 937-8020
                                                Fax:   (219) 937-802

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

      **Philip Craig Benson**
      philip.benson@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/CM/ECF participants:

                          s/ John E. Martin