UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No. 2:06 CR 63 |
| | ) | |
| VIKRAM S. BUDDHI | ) | |

## WAIVER OF RIGHT TO TESTIFY

The defendant herein, Vikram S. Buddhi, hereby waives his right to testify in the above captioned matter and states as follows:

1. That I am a named defendant in the above captioned matter.
2. That I am represented by John E. Martin, attorney at law.
3. That I have been fully advised of my Constitutional right to testify on my own behalf at trial and have discussed with my attorney both the benefits and detriments of testifying.
4. That I have carefully considered all such benefits and detriments of testifying in the above captioned matter and I hereby declare that it is my intention not to testify on my own behalf.
5. That I have made the decision not to testify voluntarily and of my own free will and without coercion, duress or improper influence of any kind.
6. That I understand and acknowledge that my attorney cannot predict or determine the full extent of any value or harm that testimony may have on the outcome of my trial.
7. That considering all of these factors I hereby waive my right to testify on my own behalf and that I am prepared to fully express my decision in open court.

Dated, signed and acknowledged this 27th day of June, 2007.

_____
VIKRAM S. BUDDHI

Received by the Court on the 27th day of June, 2007.

/s/ James T. Moody
_____
Judge, United States District Court