UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:06 CR 63 |
| | ) | |
| VIKRAM S. BUDDHI | ) | |

We, the jury, find the defendant, **VIKRAM S. BUDDHI**,

1. __GUILTY__ of the charge contained
   (Guilty or Not Guilty)

in Count 1 of the indictment filed in this case.

2. __GUILTY__ of the charge contained
   (Guilty or Not Guilty)

in Count 2 of the indictment filed in this case.

3. __GUILTY__ of the charge contained
   (Guilty or Not Guilty)

in Count 3 of the indictment filed in this case.

4. __GUILTY__ of the charge contained
   (Guilty or Not Guilty)

in Count 4 of the indictment filed in this case.

5. __GUILTY__ of the charge contained
   (Guilty or Not Guilty)

in Count 5 of the indictment filed in this case.

6. __GUILTY__ of the charge contained
   (Guilty or Not Guilty)

in Count 6 of the indictment filed in this case.

7. __GUILTY__ of the charge contained
    (Guilty or Not Guilty)

in Count 7 of the indictment filed in this case.

8. __GUILTY__ of the charge contained
    (Guilty or Not Guilty)

in Count 8 of the indictment filed in this case.

9. __GUILTY__ of the charge contained
    (Guilty or Not Guilty)

in Count 9 of the indictment filed in this case.

10. __GUILTY__ of the charge contained
    (Guilty or Not Guilty)

in Count 10 of the indictment filed in this case.

11. __GUILTY__ of the charge contained
     (Guilty or Not Guilty)

in Count 11 of the indictment filed in this case.

DATED: June 28, 2007

/s/

/s/ Jury Panel