C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

    Plaintiff

v                                           CASE NO:    2:06cr63

VIKRAM BUDDHI

    Defendant

## ORDER FOR JURY MEALS

    IT IS THE ORDER of this Court that the Jury in this case be committed to the custody of a Bailiff, duly sworn and furnished meals for each day of trial, including deliberation, as directed by the Court; and

    IT IS FURTHER ORDERED that the Clerk of Court for the Northern District of Indiana be authorized to make payment for all food furnished said Jury and Bailiff out of the appropriation provided therefore at the expense of the United States of America.

    ENTERED:    June 28, 2007

/s/ James T. Moody
_____
JUDGE, UNITED STATES DISTRICT COURT