**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                         **CASE NUMBER: 2:06 CR 63**

**VIKRAM S. BUDDHI**

    **Defendant.**

## MOTION TO RELEASE APPEARANCE BOND

Comes now defendant, by counsel, John E. Martin, Northern District of Indiana Federal Community Defenders, Inc., and requests this Honorable Court to release the appearance bond previously posted. In support of this motion, the defense states as follows:

1. On July 18, 2006, B K Subbarao and M P Muthy posted a $10,000 cash bond on behalf of defendant, Vikram Buddhi.

2. On June 21, 2007, the bond was revoked and the defendant, Vikram Buddhi was ordered into custody.

3. Since the date of the revocation of bond, defendant Vikram Buddhi has been incarcerated and currently is pending sentencing on October 11, 2007.

4. Under the circumstances that the bond has been revoked, the defense requests this Honorable Court to release the sureties to B K Subbarao and M P Muthy from all obligations previously assigned on July 18, 2006 at the

1

time of the posting of the appearance bond and for a release of the $10,000 cash bond.

WHEREFORE, the defense requests this Honorable Court to order the clerk to release the $10,000 cash bond payable to B K Subbarao and M P Muthy.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:    S/John E. Martin
     John E. Martin
     31 East sSibley Street
     Hammond, IN 46320
     Phone: (219) 937-8020
     Fax: (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

**Philip Craig Benson**
philip.benson@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/CM/ECF participants:

     S/John E. Martin