UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NUMBER: 2:06 CR 63

VIKRAM S. BUDDHI

    Defendant.

## ORDER

The Court having reviewed the motion to release appearance bond hereby orders the clerk of the United States District Court to release the $10,000 cash bond payable to B K Subbarao and M P Muthy in this cause. Defendant is currently in custody and is scheduled for sentencing on October 11, 2007.

ENTERED this 6th day of September, 2007.

                                        S/Andrew P. Rodovich
                                        UNITED STATES MAGISTRATE JUDGE

cc: Financial Department