**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                                   **CASE NUMBER: 2:06 CR 63**

**VIKRAM S. BUDDHI**

    **Defendant.**

## MOTION TO CONTINUE SENTENCING

Comes now defendant, Vikram S. Buddhi, by counsel, John E. Martin, and moves this Honorable Court to continue the sentencing hearing set in this matter on October 11, 2007. In support of this motion, the defense states as follows:

1. Sentencing is currently set on October 11, 2007.

2. The defense is in possession of the first draft of the pre-sentence report, and the facts and issues raised by the pre-sentence report and the case are complex and require additional time to prepare.

3. Counsel for the defense has discussed the need for this continuance with counsel for the government and counsel for the government has no objection to this motion.

4. The defendant is aware of the filing of this motion and agrees with this motion.

1

WHEREFORE, the defense requests this Honorable Court to continue the sentencing set in this matter for a period of approximately thirty (30) days from it's current setting of October 11, 2007.

        Respectfully submitted,

        Northern District of Indiana
        Federal Community Defenders, Inc.


By:    S/John E. Martin
       John E. Martin
       31 East sSibley Street
       Hammond, IN 46320
       Phone: (219) 937-8020
       Fax: (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

        **Philip Craig Benson**
        philip.benson@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/CM/ECF participants:

        S/John E. Martin