UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                CASE NUMBER: 2:06 CR 63

VIKRAM S. BUDDHI

    Defendant.

## ORDER

This matter is before the court on the Motion To Continue Sentencing Hearing filed by the defendant, Vikram S. Buddhi, on September 26, 2007.

The motion is **GRANTED**. The court strikes the previous sentencing of October 11, 2007 and reschedules this matter for November 27, 2007, at 10:00 a.m.

ENTERED this 5th day of October, 2007.

                          /s/ James T. Moody

                          HONORABLE JAMES MOODY, JUDGE
                          UNITED STATES DISTRICT COURT

cc: All Counsel