UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                    CASE NUMBER: 2:06 CR 63

VIKRAM S. BUDDHI

    Defendant.

## MOTION TO CONTINUE SENTENCING

Comes now defendant, Vikram S. Buddhi, by counsel, John E. Martin, and moves this Honorable Court to continue the sentencing hearing. In support of this motion, the defense states as follows:

1. Sentencing is currently set on November 27, 2007.
2. The defense is in need of additional time to investigate and research relevant sentencing issues and to respond to the legal issues raised by the draft of the presentence report.
3. The defense lawyer, government lawyer and probation officer have met and resolved and attempted to resolve many issues by agreement; however, additional time is needed for the defense to prepare its' response and objections to the pre-sentence report.
4. The defendant has been advised and consulted with concerning the need for this continuance and is in agreement with this motion.

1

5. Counsel for the defense has discussed the need for this continuance with counsel for the government, and counsel for the government has no objection to this motion.

WHEREFORE, the defense requests this Honorable Court to continue the sentencing set in this matter for a period of forty five (45) days from it's current setting of November 27, 2007.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By:    S/John E. Martin
       John E. Martin
       31 East Sibley Street
       Hammond, IN 46320
       Phone: (219) 937-8020
       Fax: (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/CM/ECF system which sent notification of such filing to the following:

Philip Craig Benson - AUSA
philip.benson@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/CM/ECF participants:

S/John E. Martin