UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.             **CASE NUMBER: 2:06 CR 63**

**VIKRAM S. BUDDHI**

    **Defendant.**

## ORDER

This matter is before the court on the Motion To Continue Sentencing Hearing filed by the defendant, Vikram S. Buddhi.

The motion is **GRANTED**. The court strikes the previous sentencing of November 27, 2007 and reschedules this matter for February 12, 2008, at 10:00 a.m.

ENTERED this 27th day of November, 2007.

                              /s/ James T. Moody
                              HONORABLE JAMES MOODY, JUDGE
                              UNITED STATES DISTRICT COURT

cc: All Counsel