From: Vikram Buddhi 08742-027
Metropolitan Correctional Center
71 West Van Buren St.
Chicago, IL 60605

To: Office of the Clerk
United States District Court
Northern District of Indiana
Hammond Division
5400 Federal Plaza
Hammond, IN 46320

dt: Dec 17, 2007

**FILED**
DEC 1 0 2007
At _____ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Sub: Criminal Docket for Case No. 2:06 CR 63

Dear Sir/Madam,

I need the criminal docket for the above records case no. 2:06 CR 63. Please send me a copy of this criminal docket to my address listed above. Also, please send me the cost for certified and uncertified copies of these documents.

Thank you very much.

Yours Sincerely,
Vikram Buddhi
/VIKRAM BUDDHI/

Defendant # 08742-027
in Case No. 2:06 CR 63