UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | CAUSE NO. 2:06 CR 63 |
| | ) | |
| VIKRAM BUDDHI | | |

MOTION TO CONTINUE SENTENCING HEARING

Comes now the United States of America by David Capp, Acting United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Philip C. Benson, hereby files its request for a continue of the sentencing hearing in the above captioned matter, and in support of its request states as follows:

1. A sentencing hearing in the above captioned matter is currently set for February 12, 2008.

2. The defendant has submitted to the government and the probation department a seven page single spaced letter containing his objections to the presentence investigation report in this matter.

3. Due to the length and complexity of the defendant's objections to the presentence investigation report, the government is in need of additional time to respond to the defendant's objections.

4. The government is requesting an additional thirty days to respond to the defendant's objections to the presentence investigation report prepared in this matter.

5. Counsel for the government has spoken to defendant counsel John Martin, and he has objection to a continuance of this matter.

WHEREFORE, the government respectfully requests at least an additional thirty days to respond to the objections of the presentence investigation report proffered by the defense.

Respectfully submitted,

DAVID CAPP
ACTING UNITED STATES ATTORNEY

S/ Philip C. Benson
Philip C. Benson
Assistant United States Attorney

United States Attorney's Office
5400 Federal Plaza, Suite 1500
Hammond, IN  46320
Tel:  (219)937-5500
Fax:  (219)852-2770
Internet Address:  philip.benson@usdoj.gov

# *Certificate of Service*

       I hereby certified that February 4, 2008 I filed <u>MOTION TO CONTINUE SENTENCING HEARING</u> with the Clerk of the Court; such filing to be made to the following:

by electronic filing:

**John E. Martin  (john_martin@fd.org )**

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

**NONE**

                                                 S/ Sandra M. Clanin
                                                 Sandra M. Clanin
                                                 Legal Assistant