UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CAUSE NO. 2:06 CR 63 |
| | ) | |
| VIKRAM BUDDHI | | |

## O R D E R

The Court, having received and reviewed the government's Motion to Continue Sentencing Hearing, and being duly informed, now GRANTS said motion. The sentencing hearing is now reset for Wednesday the 23rd day of July, 2008, at 10:00 A.M. This continuance will give the government additional time to respond to the objections to the presentence investigation report submitted by the defendant as requested in its motion.

SO ORDERED.

May 23, 2008 /s/ James T. Moody
_____
JAMES T. MOODY, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA