# Wesley Foundation

## United Methodist Campus Ministry at Purdue

**Celebrating 90 Years of Ministry 1917-2007**

435 W. State Street
P.O. Box 2396
West Lafayette, IN 47996

Phone: 765-743-5066
Fax: 765-743-2585

E-mail: purduewesley@verizon.net

Web site: www.wesleyfoundation.org

**Co-Directors:**
Rev. J. Glen Robyne
Rev. Lana J. Robyne

**Administrative Assistant:**
Betty Jo Townsend

Wesley Foundation is sponsored by the United Methodist Church of North Indiana Conference, individual pastors and churches, parents, students, alumni, friends, etc.

We minister from a distinctly Methodist approach, but our arms are wide open to all!



Serve the Lord with Gladness

---

To: The Honorable James Moody, 5400 Federal Plaza, Hammond IN 46320

From: Revs. J. Glen and Lana J. Robyne, Directors of Wesley Foundation at Purdue

Re: Character Reference for Vikram Buddhi

Date: October 1, 2007

We are ordained clergy elders of the United Methodist Church. While we are full members of the Illinois Great Rivers Annual Conference, we are also associate members of the North Indiana Conference where we serve as the United Methodist Campus Ministers at Purdue University. As Co-Directors of the Wesley Foundation at Purdue, our ministry focus is the spiritual growth of persons at Purdue University, especially the students. We have been serving this campus since 2002, and previously worked at churches and campus ministries on the Eastern Illinois University and University of Illinois at Urbana-Champaign campuses.

We first met Vikram when he applied to live at our Aldersgate House in August of 2006. Aldersgate is a residence owned by our campus ministry to house a dozen young adults who covenant to live in Christian community. We give first priority to students we know from our ministry, but we will consider others who are willing to live by our guidelines and expectations. We accepted Vikram's application, even though he had not previously been active at Wesley Foundation, because he was willing to agree to live according to our covenant for Christian community. As part of this covenant, he joined Lana's Disciple Bible Study at First United Methodist Church in West Lafayette. Lana had opportunities to get to know Vikram well through her ministry at Aldersgate and the Disciple Bible Study. She was pleased with how well he interacted with the groups in both settings even though he was different in national origins, having grown up in India. We experienced him as someone with sensitivity to people of other cultures.

Knowing that his trail was coming up soon, I (Glen) started meeting with him on a regular basis, twice a month, from January through May of 2007. In these meetings Vikram shared his thoughts and feelings about his current situation. He also asked questions and comments regarding the scripture readings (about 20 minutes a day) for the Disciple Bible study he was attending. We also had a time of lifting up joys and concerns, discussing how he was feeling spiritually, and having prayer together. I was impressed with Vikram's intelligent and questioning spirit. He had many topics that he was eager to discuss and gain insight on, including both faith issues and cultural issues. In all my interactions with Vikram, I found him to be soft-spoken,

respectful, insightful, and curious about things he did not fully understand. Vikram has a caring nature that was evident in his volunteer work at the Veteran's home and helping tutor students.

I traveled to a court hearing in Hammond, Indiana on June 21, 2007 to speak on Vikram's behalf. We believe that Vikram has grown spiritually in his year with us and hope that his spiritual progress will not be undermined by a long prison term. As part of any parole agreement, we would be happy to again meet regularly with Vikram for spiritual guidance and counsel.

Sincerely in Christ,

*J. Her Robyn*
*Lane J. Robyn*

September 24, 2007

The Honorable James Moody
5400 Federal Plaza
Hammond, IN 46320

Dear Judge Moody:

I am an associate professor of electrical and computer engineering at Purdue University in West Lafayette, IN. I have known Mr. Vikram Buddhi for about four years. Mr. Buddhi was a student in my section of ECE 639, a graduate-level course in Error Control Coding, in the fall semester of 2003. I have spoken with him on one or two occasions after December 2003, where we discussed graduate school and his interest in doing research in engineering (Mr. Buddhi was a graduate student in mathematics when he enrolled in ECE 639). I do not recall having any contact with him for the past two years. However, I have read the newspapers and am aware of the charges on which he has been convicted.

Mr. Vikram Buddhi was an enthusiastic student, he worked very hard in ECE 639, and received a letter grade of 'A' in the final analysis. His rank was somewhere in the middle of the 'A' range. The course covers the basics of block codes and a fair bit of the algebra underlying cyclic codes including BCH and Reed-Solomon codes as well as an introduction to convolutional codes. It is a subject that was well-suited to his background in mathematics. I learned sometime during the fall 2003 semester that he was taking a load of five courses that semester, which is about double that of the average ECE graduate student. His performance, particularly under such a heavy course load, was impressive.

Mr. Buddhi was a promising student with the potential to be an outstanding researcher in applied mathematics. I am very sorry to hear of the penalties he faces and wish that someday he may return to work in the engineering and applied mathematics fields.

Sincerely,

*James V. Krogmeier*
James V. Krogmeier
Associate Professor
School of ECE, Purdue University
West Lafayette, IN 47907-1285

DEFENSE EXHIBIT B

# INDIANA LEGAL SERVICES, INC.
A Non Profit Corporation
www.indianajustice.org



Norman P. Metzger
*Executive Director*

Joseph E. Simpson
*Director of Administration*

**LAFAYETTE OFFICE**
639 Columbia Street
P.O. Box 1455
Lafayette, Indiana 47902-1455
(765) 423-5327
toll free 1-800-382-7581
FAX (765) 423-2252

Office Hours:
Monday through Friday
8:00 AM to 4:30 PM

Edward W. Stachowicz
*Managing Attorney*

Ann Ginda
*Staff Attorney*

Kirk Eicher-Miller
*Staff Attorney*

October 5, 2007

The Honorable James Moody
5400 Federal Plaza
Hammond, IN 46320

RE: Vikram Buddhi

Dear Judge Moody:

    I am writing in regard to Mr. Vikram Buddhi at the request of the Federal Community Defenders, Inc. Hammond office. Mr. Buddhi volunteered in our Lafayette office from September to December 2006. As a "legal aid" program serving a 14 county service area we have hundreds of individuals contacting us each month for legal assistance. We have a volunteer intake system utilizing trained community volunteers to conduct initial intake interviews with prospective clients. Our staff attorneys then review those intakes and make eligibility determinations.

    Mr. Buddhi volunteered as an intake volunteer on Friday's, and over the course of his time with our office worked approximately 37 and one-half hours. With Friday's being a busy intake day, often with end of the week emergencies, we could always count on his coming in. The quality of Mr. Buddhi's work was excellent. He has excellent interviewing skills and his intake narratives were always complete. Mr. Buddhi was very conscientious and considerate while volunteering. Most individuals calling in are under varying degrees of stress and Mr. Buddhi was always patient and considerate.

    Our staff attorneys were very pleased with the work that Mr. Buddhi did for our office, and enjoyed interacting with him. In emergency situations he would consult with a staff attorney and pass on information to the individual applicant. He also worked very well with our support staff and other volunteers.

    Please let me know if you would like any additional information regarding Mr. Buddhi's volunteer work in our office.

Sincerely,

INDIANA LEGAL SERVICES, INC.

*Edward W. Stachowicz*
Edward W. Stachowicz
Managing Attorney

DEFENSE EXHIBIT C

LSC
Legal Services Corporation



# STATE OF INDIANA

MITCHELL E. DANIELS, JR., Governor

**INDIANA VETERANS' HOME**

3851 N. River Road
West Lafayette, IN 47906
Telephone: (765) 463-1502

September 12, 2007

Honorable James Moody
5400 Federal Plaza
Hammond, IN 46320

Dear Judge Moody,

This is to confirm that Vikram Buddhi volunteered at the Indiana Veterans' Home between January and May of 2007 for a total of 48 hours. Unfortunately it was necessary to terminate his service, when it came to our attention that he was the subject of a federal investigation. However, Mr. Buddhi did provide a valuable service to our residents while he volunteered with us.

We hope this information will be helpful.

Sincerely,

Carolyn A. Johnson
Volunteer Services

Jerry H. Horn
Superintendent

DEFENSE EXHIBIT D



*...enhancing skills for a better future*

JoAnn Vorst, Director

**Advisory Board**

**Kim Andersron-Kopf Pres.**
*Vectren Energy Delivery*
**Barbra Balensiefer**
*Wabash Valley Ed. Center*
**Steve Bultinck**
*LSC Board of Trustees*
**Sylvia Anderson**
*Community Volunteer*
**Beth Davila**
*LARA Assistant Director*
**Ed Eiler**
*LSC Superintendent*
**Ivan Hernandez**
*Asst. Director Adm/Ivy Tech*
**Louanne Holladay**
*Journal and Courier*
**Aaron Johnson**
*Tipp. Co. Juvenile Probation*
**Sheila Klinker**
*Indiana State Representative*
**Victoria Matney**
*ConneXions*
**Kevin O'Reilly**
*Attorney*
**Denise Saxton**
*Tipp. Co. Sheriff's Dept.*
**Mary Jo Sparrow**
*Retired GLASS Administrator*
**Charles Tritschler**
*Purdue University Retired*
**JoAnn Vorst**
*LARA Director*
**Linda Warner**
*Director, IN Div. of Adult Ed.*
**Leonard Whitacker**
*LARA Learner*
**Ernie Wilkinson**
*Lafayette Leader*
**Linda Yoki**
*GLASS Specialist*

September 14, 2007

The Honorable James Moody
5400 Federal Plaza
Hammond, IN 46320

Dear Sir,

The Lafayette Adult Resource Academy (LARA) is an adult education program funded through the Indiana Department of Education, Division of Adult Education. LARA provides instruction, free of charge, to adults who do not have high school diplomas or lack academic skills. More than 1,660 adult learners per year improve language and math skills, prepare for the GED and other tests, learn English as a second language, and/or develop workforce skills. Under the guidance of licensed teachers, community volunteers help implement instruction one-on-one in open learning labs.

Vikram Buddhi attended LARA's two-day volunteer training sessions on September 11th and 12th, 2006. For approximately six months following the training he worked under the direction of certified teachers and helped adult learners improve reading, math, and language skills. He volunteered his assistance at various times during day and evening hours.

Respectfully submitted,

*Beth Davila*

Beth Davila
Assistant Director

DEFENSE EXHIBIT E

United Way Agency Member
Lafayette School Corp.

1100 Elizabeth Street, Suite 3  ❖  Lafayette, Indiana 47904  ❖  Phone (765) 476-2920  ❖  Fax (765) 476-2923

# Purdue University
## EXCELLENCE IN TEACHING AWARD

The Department of Mathematics hereby recognizes

*Vikram Buddhi*

for his outstanding performance as a Graduate Teaching Assistant.

_____
Leonard Lipshitz, Head, Department of Mathematics

November 2002

DEFENSE EXHIBIT F



March 26, 2003

Vikram Buddhi
Mathematics
MATH

Dear Vikram:

Congratulations on being selected by your department to receive the *Purdue University Graduate Student Award for Outstanding Teaching* at the Celebration of Graduate Student Teaching Banquet on Thursday, April 17, 2003. The dinner will begin at 6:30 p.m. in the North Ballroom of the Purdue Memorial Union. Our guest speaker will be Dr. Sally Mason, a former Graduate Teaching Assistant at Purdue and now Provost at Purdue University. You will receive an engraved plaque in recognition of your excellence in teaching.

Please fill out the enclosed form and return it by April 11, 2003. Each honoree's dinner reservation is complimentary. Additional registrations for dinner are $18 per person.

Again, congratulations on being selected for the 2003 Graduate Student Award for Outstanding Teaching at Purdue University.

Sincerely,

Charles Stewart
Chair of the Committee on the Education of Teaching Assistants

Margaret Moan Rowe
Vice Provost for Academic Affairs

COMMITTEE FOR THE EDUCATION OF TEACHING ASSISTANTS

## NATIONAL COUNCIL OF EDUCATIONAL RESEARCH AND TRAINING

Roll No. 211066



Certified that Buddhi Vikram Subbarao appeared at the National Talent Search Examination 1986, and qualified for the award of Scholarship and this Certificate of Merit.

Secretary
National Council of Educational
Research and Training

Director
National Council of Educational
Research and Training

DEFENSE EXHIBIT G

# Indian Institute of Technology, Bombay



Upon recommendation of the Senate hereby confers the degree of

## Master of Science

in Mathematics

(Specialization : Pure Mathematics)

on **Buddhi Vikram Subbarao**

who has successfully completed in April 1994 the courses of study as prescribed under the regulations.

Given this day, under the seal of the Institute at Bombay in the Republic of India, the 8th day of July, 1994.

*signature*
Chairman, Senate

*signature*
Registrar

*signature*
R. Chidambaram
Chairman, Board of Governors

DEFENSE EXHIBIT H

# Indian Institute of Technology, Bombay



*Shri Buddhi Vikram Subbarao*

*has been awarded the*

INSTITUTE SILVER MEDAL

*being the most outstanding of all the Students who completed the requirements for the Degree of Master of Science in Mathematics in April, 1994. The Medal was awarded at the 32nd Convocation held on 8th July, 1994.*

8th July, 1994

Registrar

DEFENSE EXHIBIT I

BE IT KNOWN THAT THE TRUSTEES OF

# PURDUE UNIVERSITY

UPON NOMINATION OF THE FACULTY

HAVE GRANTED TO

VIKRAM SUBBARAO BUDDHI

THE DEGREE OF

MASTER OF SCIENCE

IN RECOGNITION OF THE FULFILLMENT OF THE
REQUIREMENTS OF THAT DEGREE

AWARDED FOR STUDY AT WEST LAFAYETTE IN THE STATE OF INDIANA

AUGUST 3, 2001.


PRESIDENT OF THE UNIVERSITY



CHAIRMAN OF THE TRUSTEES

DEFENSE EXHIBIT J



METROPOLITAN CORRECTIONAL CENTER, CHICAGO, ILLINOIS

CERTIFICATE OF PARTICIPATION

This certificate is awarded to

**VIKRAM BUDDHI**

has satisfactorily completed

**INSTRUCTORS TRAINING**

This certificate is hereby issued this 20TH Day of DECEMBER 2007

Education Program Manager

DEFENSE EXHIBIT K