**Saint Margaret Mercy North Campus**
**North Campus**
**5454 Hohman Avenue**
**Hammond Ave., IN 46320**
**219-932-2300 or 708-891-9305**

**Date:** Wednesday, May 24, 2006
**Patient:** VIKARAM BUDDHI
**Doctor:** John DeSalvo D.O.

---

IMPORTANT: Please take these instruction sheets with you when you follow up with your primary physician or the physician to which you were referred.

The following Diagnosis(es) have been made:

Strain - cervical   847.0

The following instruction(s) should be read carefully:

**Strains**
A strain refers to injury of the muscle fibers. This may be a minor "pulled" muscle that most of us get after doing more than we are used to. Or the injury may be much more serious, involving extensive tearing of a muscle.

Resting the injured area is the most important part of treatment of strains. Elevation and ice for the first 2-3 days is often very helpful also. How long you need to stay at rest depends on the severity of the injury and what your work is. For minor strains, you may be able to continue your normal duties. A good rule of thumb is to not do whatever causes much pain.

Anti-inflammatory medication is often used for muscle strains. If this was advised or prescribed for you, take them regularly until you are well. They are not as effective if taken just when you feel you need them. Pain medications are often prescribed also for more major strains.

It is important to carefully and gradually resume activities as comfort allows. If you start having increased pain, it may be because of trying to get back to normal too soon. On the other hand, you probably should not wait until the last twinge of discomfort is gone before starting to get active again. Use good judgement to find the right balance.

**NOTIFY YOUR DOCTOR** right away or return to the Emergency Department immediately in case of the following:
- The injured extremity becomes numb, tingly, cold, blue, pale, or weak.
- Increasing swelling.
- Pain is increasing or not improving.
- Any difficulty in moving the fingers or toes.

The following note(s) should be read carefully:

Follow up with the doctor that you were referred to within 1-2 days. When you call to make your

---

FORM # 10108

**Emergency Department**

# DISCHARGE INSTRUCTIONS

ADDRESSOGRAPH

BUDDHI, VIKARAM
ACCT#: 0048701067
HAEDE   ADM DT: 05/24/2006
DOB: 05/10/1970   36Y   M
MRN: 0015067351

DR: ER, PHYSICIAN
REL:

DEFENSE EXHIBIT L

VIKARAM BUDDHI        Saint Margaret Mercy North Campus        Page 2

appointment, please let the doctors office know that you were seen in the Emergency Department today and that your condition requires early follow-up care. Return to the Emergency Department if your condition worsens before your scheduled appointment with the doctor.

Call Dr. Jeannie Rhodes DO ((219) 933-2291) at 5530 hohman avenue, Hammond today or as soon as possible. Please call in the morning. Let the office know that you were seen at Saint Margaret Mercy North Campus (219-932-2300 or 708-891-9305) and that you were told to call the office to arrange a follow-up visit within 1-2 days.

TAKE OTC MOTRIN FOR PAIN AS NEEDED.

RETURN TO ER IF CONDITION WORSENS.

___

I understand that the treatment I have received was given on an emergency basis only. I understand that further treatment may be necessary. I have been given a copy of the above instructions. I understand these instructions and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or return to the hospital. Emergency Department phone number: 219-932-2300 or 708-891-9305.

Signed: _____  (_____)
                                          Relation to Patient

---

FORM # 10100

**Emergency Department**

**DISCHARGE INSTRUCTIONS**

*Sisters of St. Francis Health Services*
SAINT MARGARET MERCY

ADDRESSOGRAPH

BUDDHI, VIKARAM
ACCT#: 0048701067          DR:ER.PHYSICIA?
NAEDE    ADM DT: 05/24/2006    REL:
DOB:05/10/1970  36Y  M
MRN:0015067351



11/13/2007  13:55  2194653820                    PORTER COUNTY JAIL                    PAGE 23/25

**Medical Progress Note**

Date: 6-8-06   Time:
Patient Name: ViKRAN S. BuNDHI   DOB: 5-10-1991
Allergies:
Subjective Complaint: Pulled from Top Bunk to floor   Duration:
Symptoms: (L) temple, small abrasion and bruise

| OBJECTIVE: | Normal | Findings: BP _____ Pulse _____ Resp _____ Temp _____ Wt _____ |
|---|---|---|
| | | Labs _____ X-rays _____ |
| Eye | ✓ | |
| Head, Ears, Nose, Throat | | → Hit (L) side of head, no wounds/cuts |
| Lungs/Chest | ✓ | |
| Heart | ✓ | |
| Abdomen | ✓ | |
| Genito-Urinary | | |
| Musculoskeletal | ✓ | (L) forearm bruised (L) small abrasion |
| Skin | ✓ | |
| Neuro | ✓ | |
| Other | ✓ | |

Assessment: Inmate states pulled off top bunk of bed. (L) forearm small abrasion and bruise. No other wounds anywhere on body. Able able to do R.O.M.
Plan: and daily activity. — C. Laska
Monitor for any future problems with arm or possible head injuries.

Follow-up: Let Medical know if any problems start.
Patient education: Keep areas on (L) arm clean.

Nurse Signature   Physician Signature

DEFENSE EXHIBIT M

6-21-06

**Medical Progress Note**

Date: _____ Time: 115
Patient Name: Buddhi, Vikram  DOB: _____
Allergies:

Subjective Complaint / Symptoms: 7 days - jail altercation - (R) elbow injured
Duration: Co pain in (R) elbow

| OBJECTIVE: | Normal | Findings: BP | Pulse | Resp | Temp | Wt. |
|---|---|---|---|---|---|---|
| | | Labs | | X-rays | | |
| Eye | | | | | | |
| Head, Ears, Nose, Throat | | | | | | |
| Lungs/Chest | | minor abrasion (R) elbow. No ulna | | | | |
| Heart | | tenderness | | | | |
| Abdomen | | | | | | |
| Genito-Urinary | | | | | | |
| Musculoskeletal | | Normal (R) elbow ROM. Extends fully. | | | | |
| Skin | | Supinates + pronates, visually | | | | |
| Neuro | | localized tenderness over lateral | | | | |
| Other | | elbow. Radial head non-tender. | | | | |

Assessment: (R) elbow strain c̄ no suspicion of fracture

Plan: Ibuprofen 600 mg BID prn × 10.
Follow up as needed.

Follow-up:
Patient education:

Nurse Signature: _____
Physician Signature: [signature] 6/21/06

3/10/

| Name | Hosp. No. | Room | Doctor |
|---|---|---|---|
| Buddi, Vikram | | | |

| Date | Time | Problem Number | FORMAT: Problem Number and TITLE: S = Subjective, O = Objective, A = Assessment, P = Plan |
|---|---|---|---|
| 9/25/07 | 1630 | | Called to X pod for inmate w/ unknown injury. Upon arrival found inmate sitting down AxOx3, stood up ambulatory w/ 1 inch laceration posterior head. Cleaned wound / ice pack given. Inmate requested tetanus. |
| | | A | AxOx3, Ambulatory, PERLA, No Neuro def. |
| | | BP | 110/70 |
| | | P | 80 |
| | | R | 20 |
| | | T | 100 |
| | | O2 | 99% |
| | | | Referred to FUP Lynn P |
| | | | EMT-B - Youssefrad |
| 10/29/07 | 1200 | | Already sch for exam 10-29-07 to address other medical issues. Tetanus shot ordered for above injury. 10/26/07 |
| 10/31/07 | | | C/o sharp pain during urination x 4mo |
| | | BP 110/80 | S: Reports having pain to bilateral LB sides below ribcage & pain @ tip of penis |
| | | P 78 | during urination, onset x 4mths, off & on, reports no STD. allergies (-) nsaids (+) phenytoin |
| | | R 28 | O: Gen: AxOx3 Appropriate. HEENT Generalized poor dentition |
| | | T 98.6 | CV: 5152 reg |
| | | W 148 | Lungs: CTA ever all lobes. |
| | | | Abd. BS x4 (-) tenderness, (-) flank pain |
| | | | A: 1) Dysuria  2) Pyuria |
| | | | P: - Cipro 250mg BID x 5 Days |
| | | | - UA / UC |
| | | | 1230 placed in Nurses Bin |

MCC CHICAGO, ILLINOIS
institution

Date/Time: November 26, 2007 / 5:45 p.m.

TO    : Special Housing Unit Officer

FROM  : J. Ewell, Lieutenant                , (Name/Title)

SUBJECT : Placement of Buddhi, Vikram  Reg. No. 08742-027, in Administrative Detention

_____ (a) Is pending a hearing for a violation of Bureau regulations;

_____ (b) Is pending investigation of a violation of Bureau regulations;

_____ (c) Is pending investigation or trial for a criminal act;

_____ (d) Is to be admitted to Administrative Detention

    _____ (1) Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

    Inmate Signature/Register No.: _____

    Staff Witness Printed Name Signature: _____

    _____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.

__xX___ (f) Is pending classification or pending investigation/Placed in Disciplinary Segregation.

_____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

YOU ARE BEING PLACED IN ADMINISTRATIVE DETENTION DUE TO BEING A VICTIM OF AN ASSAULT.  YOU WILL BE ADVISED OF ANY CHANGES IN YOUR STATUS.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice.  The inmate received a copy of this Order on (date / time)  November 26, 2007 / 7:29 p.m.

Staff Witness Signature/Printed Name _____   ate November 26, 2007

*In the case of D[...] officer will make an independent review and decision, which is documented here

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File

(This form may be replicated via WP)                                    Replaces BP-308(52)+

**DEFENSE EXHIBIT O**