**From:** IND [redacted]
**Sent:** Friday, February 03, 2006 12:15 PM
**To:** [redacted]
**Cc:**
**Subject:** [redacted] VIKRAM SUBBARAO BUDDHI (CONTINUED)

//PRIORITY//

| | | | |
|---|---|---|---|
| FROM | : INDIANAPOLIS FIELD OFFICE | FILE: | [redacted] |
| TO | : INTELLIGENCE DIVISION (INT/IB/ITD) | | |
| SUBJECT | : VIKRAM SUBBARAO BUDDHI | CLASS: | TBD |
| STATUS | : CONTINUED | | |
| REPORTING AGENT | : WADE M. GAULT | | |
| TYPE OF REPORT | : INVESTIGATIVE | | |

SYNOPSIS:

On 12/13/06, a concerned citizen contacted the Dallas Field Office and reported a posting of a threatening message directed towards President George W. Bush, Vice President Richard B. Cheney, First Lady Laura Bush, Second Lady Lynne Cheney and Secretary of Defense Donald Rumsfeld on a Yahoo Internet message board. Subsequent investigation revealed that five threatening messages had been posted from a computer at Purdue University in West Lafayette, Indiana. Further investigation by the Purdue Police Department and the Purdue University Computer Forensic Department determined that Vikram Subbarao Buddhi, a Purdue University graduate student and teachers assistant, posted all of the threatening messages.

Vikram S. Buddhi was located at Purdue University and interviewed reference the threatening internet postings. Buddhi admitted to posting the threatening messages using other students IP addresses and justified the messages as humorous "political banter" and "political cartooning" that were not intended to be taken literally. Buddhi claimed that he had no intention of acting on any of the threats.

The subject is not of record with this service.

The subject is not a U.S. citizen. He is from India on an F1 student visa to attend Purdue University to achieve a PhD in Industrial Engineering.

This case has been presented to the U.S. Attorney's Office and judicial action is pending against the subject.

Case continued pending corroborative interview and judicial action.

The subject does not appear to present a danger to USSS protectees at this time.

INTRODUCTION:

Reference is made to the Intelligence Division's (INT/IB/ITD) referral of the case entitled Vikram Subbarao Buddhi. This referral, originating from id5 @officialmail.usss.treas.gov, was received in the Indianapolis Field Office on 1/23/05 at 0930: EST.

IDENTITY OF SUBJECT

NAME : Vikram Subbarao Buddhi

1

DEFENSE EXHIBIT P

```
ALIAS:                        : Vikram Buddhi
CURRENT ADDRESS:              : 208 Airport Road, Apt.#2,
                                West Lafayette, IN  46906
TELEPHONE                     : (765) 496-4965
PERMANENT ADDRESS             : Same
E-MAIL ADDRESS                : Vikramb@Purdue.edu; vikram@math.purdue.edu
DATE OF BIRTH                 : 5/10/71
PLACE OF BIRTH                : Bellary, India
SOCIAL SECURITY NUMBER        : 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
RACE                          : Indian
SEX                           : Male
HEIGHT                        : 5'6"
WEIGHT                        : 145
EYES                          : Brown
HAIR                          : Black
SCARS AND MARKS               : None
HANDWRITING DATE              : N/A
PHOTOGRAPH DATE               : 1/18/06
SSF FORM 1945                 : 1/18/06
FINGER/PALM PRINTS DATE       : N/A
FBI CRIMINAL NUMBER           : N/A
STATE CRIMINAL ID #           : N/A
DMV                           : 0770-74-9897 (IN)
                                Exp 5/10/2006
CITIZENSHIP                   : India
ALIEN REGISTRATION NUMBERS    : N/A
PASSPORT NUMBER               : N/A
OTHER IDENTIFYING NUMBERS     : N/A
```

COPY

DETAIL OF INVESTIGATION

INCIDENT DESCRIPTION:

On 12-13-05, a concerned citizen contacted Dallas FO to report the subject, using the screen name "extertriemist_bush", posted a threatening message directed towards President George W. Bush, Vice President Richard B. Cheney, First Lady Laura Bush, Second Lady Lynne Cheney, and Secretary of Defense Donald Rumsfeld on a Yahoo Finance message board dedicated to Sirius Satellite radio (http://finance.yahoo.com/q/mb?s=SIRI). The subject's message was titled, "CALL FOR ASSASSINATION OF GW BUSH", and stated in part, "...GO IRAQIS!...RAPE AND KILL THE ANGLOSAXONS...NO MERCY....KILL GW BUSH...RAPE AND KILL LAURA BUSH...KILL DICK CHENEY THE WHITE FAT PIG...RAPE AND KILL LYNNE CHENEY...KILL DONALD RUMSFELD THE OLD GEEZER CROOK...RAPE AND KILL THE ANGLOSAXON REPUBLICANS..." The rest of the subject's message expressed his disgust towards the "ANGLOSAXONS".

On 12-16-05, the subject posted the previous message on two occasions on a Yahoo Finance message board associated with JDSU (http://finance.yahoo.com/q/mb?s=JDSU). He used a variation of his earlier screen name and titled one of the messages "BOMB KEY SITES IN US:IT'S LEGAL 4 ARABS". The subject's screen name was "exsteimist_bush".

On 12-21-05, the subject posted an additional message on the Yahoo Finance message board associated with JDSU (http://finance.yahoo.com/q/mb?s=JDSU) using another screen name, "extreriemist_bush" and titled it "ASSASSINATION OF GW BUSH SOON". The subject's message mocked a speech given by President Bush in which the President discussed the importance of keeping troops in Iraq. The subject's message continued his theme of threatening "Anglo Saxons" and he provided his own sarcastic "translation" of statements made by the President. The subject stated in part, "...FREE SADDAM & ARREST BUSH FOR THIS...IT IS NOW LEGAL UNDER INTERNATIONAL LAW TO BOMB KEY SITES IN USA...GIVE ANGLOSAXONS THE TIT REACTION FOR THE TAT ACTION OF BUSH AND REPUBLICANS..KILL THE WHITE ANGLOSAXN MAERICAN BRITISH BASTARDS.FULLY JUSTIFIED IN LIGHT OF THESE WHITE EVIL DOERS ACTIONS..."

On 12/30/06, the subject posted another message which he again titled "CALL FOR ASSASSINATION OF GW BUSH" this time using the screen name "extertriemist_bush".

On 01/17/06, the subject using the screen name "exxtremist_bush" posted another message titled "CALL FOR ASSASSINATION OF GW BUSH" which continued to express his disgust for

"ANGLOSAXONS" and rallied Iraqis to kill President Bush. The subject's message stated in part, "ENOUGH OF SHiT FROM ANGLOSAXONS. SEEK THEM OUT WHERE EVER THEY ARE ON THIS EARTH, RAPE THEIR WOMEN, KILL THEIR MEN, CUTOUT THEIR VAGINAS, CUT OUT THEIR PENISES, CHOP OFF THEIR HEAD, SHOVE THEIR CHOPPED VAGINA AND PENISES DOWN THEIR BEHEADED-NECK-STUMP HOLES...GO IRAQIS! IF GW BUSH SEEKS TO KILL YOU, THEN YOU IRAQIS HAVE EVERY RIGHT TO KILL GW BUSH!.....KICK THE REPUBLICAN BUTT OUT OF IRAQ..." He also listed various infrastructures to "BOMB AND DESTROY" which would harm the "ANGLOSAXONS".

INVESTIGATIVE CHRONOLOGY:

On 01/11/06, I was contacted by SA Fred Reiniger ▓▓▓▓▓▓▓▓▓▓ of the Internet Threat Desk informing me of the threat posted on the internet by an unknown individual. SA Reiniger further advised that investigation via a Federal subpoena served on Yahoo indicated that the threat originated from an IP address (128.211.252.68) assigned to Purdue University in West Lafayette, Indiana.

Continuing on 01/11/06, I contacted Detective Lieutenant Fred Davis ▓▓▓▓▓▓▓▓▓▓ of the Purdue Police Department and informed him of the case. He requested the information on the threat and the related IP address information. Detective Lieutenant Davis said he would have the Purdue Computer Forensics Department look at the information and attempt to trace the IP address back to an individual.

On 01/12/06, SA Lawrence Brown and I went to the Purdue Police Department located at 205 S. Intramural Drive, West Lafayette, Indiana, and met with Detective Fred Davis and Senior Inforensics Analyst/Engineer for Purdue University, Scott Ksander. Ksander advise that after reviewing the information he identified the possible suspect as a Purdue student by the name of Anthony Cimasko.

Continuing on 01/12/06, Anthony Cimasko was located and interviewed at the Purdue Police Department. Cimasko denied all involvement and consented to a search of his computer.

On 01/17/06, SA Christian Ebel-Orr analyzed Cimasko's computer and identified nothing of investigative value on his computer.

Continuing on 01/17/06, I was contacted by Detective Lieutenant Fred Davis who advised that Scott Ksander after further investigation determined that Cimasko was not involved, but that the real suspect was Vikram Subbarao Buddhi. Detective Davis further stated that Buddhi was a PhD and teacher assistant in the Purdue University Mathematics Department.

On 01/18/06, SA Brown and I went to Purdue University Police Department and met with Detective Davis and Scott Ksander. Ksander informed us that Buddhi was using a software program to mask his IP address while using the IP addresses of other students in the same apartment complex to post the threatening messages on Yahoo message boards.

Continuing on 01/18/06, SA Brown and I located Buddhi in the Grissom Mathematics Building on Purdue University Campus. He voluntarily came to the Purdue Police Department to be interviewed. See Interview of Subject for details.

Continuing on 01/18/06, I contacted SA Fred Reiniger of the Internet Threat Desk and informed him of the suspect information and the results of the interview.

On 01/19/06, NCIC/NLETS, MCI and local criminal history queries were conducted on the subject. See Criminal History Section for details.

Continuing on 01/19/06, I contacted Tina Tuner ▓▓▓▓▓▓▓▓▓▓, Intelligence Analyst with U.S. Immigration and Customs Enforcement (ICE), Intelligence Division, and request information about the subject's visa status.

On 01/27/06, Tina Turner, Intelligence Analyst with ICE, called and informed me of the subject's visa status. See the Other Investigation section of this report.

On 02/02/06, I contacted Steve Sarris ▓▓▓▓▓▓▓▓▓▓, Indiana Family and Social Services, Legal Division, for any mental history records on the subject. See "Mental history/Functioning" section for details.

BACKGROUND FACTORS

Criminal History:

The subject has no criminal history background in NCIC/NLETS and was not of record with this service. Although, a local criminal history check with West Lafayette Police Department in West Lafayette, Indiana, revealed an arrest of the subject on 3/31/00 for Intimidation with a deadly weapon. According to the Tippecanoe County Prosecutor's Office in Lafayette, Indiana, the charges against the subject were declined.

Mental History/Functioning:

The subject claims to have no mental illnesses. Steve Sarris of Indiana Family and Social Services advised that the subject did not have any mental history record in the State of Indiana.

Organizational Interests/Affiliations:

The subject claims to have never been affiliated or have interest in any extreme or violent organizations. To date, nothing has been revealed to indicate otherwise.

Specialized Training:

The subject claimed not to have received any special training of any kind and there is no evidence to the contrary. To date, nothing has been revealed to indicate otherwise.

Weapons Ownership/Acquisition:

The subject claims to not own or to be seeking acquisition of any firearms. To date, nothing has been revealed to reveal otherwise. The subject refused consent to search his apartment.

Military Service Record:

The subject has not been a member of any branch of the U.S. Military. According to ICE, the subject has been enrolled at Purdue University as a student/teacher since entering the U.S. in 1996 and is not allowed to work for any other organization. He claims not to have been a member of the military in his native India. To date, nothing has been revealed to indicate otherwise.

Travel History:

The subject claimed to have traveled to several states in the US in relation to his education. He stated that his most recent out of state travel was to Berkley, California; in 2002, for an educational conference. The subject claims that he has not traveled outside of the US since coming here in 1996 from his home in India. He stated he has no desire to travel to Washington DC nor has he ever been there. The subject has the means to travel via any mode of transportation to any place he wishes. Additionally, there is no indication he has plans to travel to any U.S. Secret Service protectee locations.

Interest in Assassins/Assassinations:

The subject claims to have no interest in assassinations or assassins. He said that he did not believe assassination is a justifiable method for promoting political change. To date, nothing has been revealed to reveal otherwise. A consent search of his residence was refused.

SOCIAL/ENVIRONMENTAL FUNCTIONING

Marital and Family History/Status:

The subject is not married nor has he ever been. He currently lives alone in a Purdue University campus Apartment. His parents, Subbaro and Syamala Buddhi, live in Bombay, India. He claims to have two sisters also living in India. The subject stated that his only contact with family is via frequent telephone calls. He claims to have a good relationship with his family. To date, nothing has been revealed to indicate otherwise.

Employment History/Status:

The subject is currently employed by the Purdue University Math Department as a teaching assistant. Per his F1 student VISA from the Department of Immigration and Customs the subject is not allowed to be employed outside of the university. There is no evidence that he has violated this requirement. The subject would not disclose the amount of compensation he receives from Purdue.

Current Life Situation/Status:

The subject lives alone in a campus apartment. The subject claims to have a few friends who are follow students and coworkers. He has no family in the United States. The subject claims that he does not use illegal drugs, alcohol and not to be suffering from any mental illnesses. There is no evidence to the contrary. The subject also stated that he is not suffering from any undue stress and denied experiencing any significant emotional events in recent past.

INFORMATION SOURCES/INTERVIEWS:

Further interviews pending further judicial action.

INTERVIEW OF THE SUBJECT:

On 01/18/06, SA Lawrence Brown and I interviewed the subject at the Purdue University Police Department located at 205 S. Intramural Drive, West Lafayette, Indiana. The subject admitted to posting the threatening messages on Yahoo message boards. He stated that the threats were not intended to be taken literally, but was only supposed to be "political banter" in response to "republican" comments on the Yahoo message boards. The subject also admitted to deliberately using other peoples IP addresses to hide his identity because he was afraid that some "crazy republican" might seek to retaliate because of his comments. The subject claimed that he never personally intended to follow through with the threat nor was he trying to insight others to commit violent acts against US Secret Service protectees. He kept claiming that the messages were just "political cartooning" intended to verbally attack other "republican" postings. The subject appeared to find the interview humorous and laughed at the discussion about the threats.

The subject claimed not to use illegal or prescription drugs, alcohol and not to be suffering from any mental illnesses. He claimed not to be under the influence of any foreign substance at the time he posted the threatening messages. The subject appeared to be completely cognizant of what he wrote in the messages, but dismissed the threatening comments as humorous "political banner". The subject admitted to being arrested for Intimidation in 2002 because of an argument with a roommate but he also dismissed this incident as a "big misunderstanding".

The subject claims not to be fascinated with assassins/assassinations, weapons or extremist organizations. He says he is not a violent person nor does he advocate violence to solve a problem or motivate change. The subject claimed to have respect for other people and their property including law enforcement. He also claims to follow politics closely and identified himself as a "democrat". He claims to watch the news and to often disagree with decision made by the government and/or the president, but that assassination or violence in not the answer to change.

The subject claims to have received his masters and undergraduate degrees in mathematics from an undisclosed university in India. He stated that he came to the United States in 1996 to attend Purdue University to get a "PhD". The subject claimed to have not been a member of any military organization in the United States or India. He stated he has never received any formalized weapons training.

The subject claimed to work for Purdue University as a paid teaching assistant (TA) to a math professor. He said he enjoys his position and must of his friends are co-workers. The subject was confirmed as a TA by the Purdue University Mathematics Department.

The subject claims to have traveled in and out of the state since arriving in the United States in 1996. He claimed to have traveled by air to Berkley, California, in 2002, for an education conference, but that he mainly travels by car to Indianapolis, Indiana, or Chicago, Illinois. The subject claimed to have never been to Washington DC nor does he have any desire to go there. He claims to have never coordinated his travel plans to that of any U.S. Secret Service protectee locations.

The subject claims to have a good relationship with his family even though he has not seen them since 1996. He admitted talking with them frequently via telephone. He said he has not suffered any significant emotional events in the recent past. The subject claims to have never been married and currently does not have a girlfriend. He said his only social interaction is with co-workers.

The subject was dressed in jeans, a dress shirt and denim jacket. He appeared neat and clean with good hygiene. The subject made consistent eye contact throughout the interview. The subject never apologized for his threatening comments, but laughed and passed the comments off as just "political banter". The subject displayed no emotion. He did not appear angry at our accusations, but did find them humorous. The subject appeared extremely intelligent, communicated clearly in English and seemed to understand English well. The subject appeared and sounded well organized. The subject refused all consent searches of his house, car or computer by saying that if we really needed to see his stuff we could use the "Patriot Act" to conduct the searches.

OTHER INVESTIGATION:

On 01/27/06, Tina Turner ███████████ Intelligence Analyst with ICE, contacted me with information on the subject. She stated the subject is not a resident of the United States, but has been in the country since August 1996, from India, on an F1 Student Visa to attend Purdue University. He originally was working on his PhD in Mathematics, but has switched his major to Industrial Engineering. The subject has had his visa extended five times since 1996 and will expire on 05/14/2006.

USSS JUDICIAL ACTION:

On 01/25/06, I discussed the facts of this case with AUSA Phil Benson (219/937-5608), U.S. Attorney's Office Northern District of Indiana, Hammond Office. I briefed AUSA Grimmer on the details of the initial incident, the subject's background, and the subsequent interview of Vikram Buddhi and he agreed to prosecute Buddhi for making threats against the President in violation of 18 USC 871.

Continuing on 01/25/06, AUSA Benson advised me to conduct no further interviews in this case until he reviewed the case further.

EVIDENCE, CONTRABAND, AND PERSONAL PROPERTY:

EVIDENCE  SSF 1544 S/N:    127 2006 CE 128
DATE OF INVENTORY:         02/03/06
INVENTORY MADE BY:         SA Wade Gault
DESCRIPTION OF ITEMS:      Pages of Yahoo threatening messages
SEIZED / OBTAINED FROM:    Yahoo
LOCATION:                  Indianapolis Field Office Evidence Vault
DISPOSITION:               Held pending judicial action

CURRENT EVALUATION:

Evaluation withheld pending corroborating interviews and further judicial action.

DISPOSITION:

This case is continued pending corroborating interview and further judicial action.

The subject does not appear to present a danger to USSS protectees at this time.

USSS Indianapolis
Gault/Burns/Goodes