# Voluntary Statement

City of: LAFAYETTE
County of: TIPPECANOE
State of: Indiana

I, VIKRAM S. BUDDHI, have been advised by Special Agent SA. WADE GAULT of the U.S. Secret Service, that under the provisions of the constitution I cannot be compelled to be a witness against myself. I know that anything I say may be used against me in a court of law or other proceedings. I wish to make the following statement of my own free will and accord, without coercion or threats, and without promise of immunity. I know I have the right to remain silent, talk to a lawyer, and have him/her present while I am being questioned. I know I can decide at any time to stop the questioning and not make any statement. I also know that if I cannot afford a lawyer, one will be appointed by the court to represent me.

It is just political banter in response to other republican's political comments and is not ~~mea~~ meant literally. None of it is meant to be done and is just political cartooning.

END OF STATEMENT LEB

B.V.

DEFENSE EXHIBIT Q

Continuation of the voluntary statement of: ____________

[lined area crossed out, initialed "SB" "B.V." "SB" "B.V."]

I have read this statement, consisting of 1 pages, and I have been given the opportunity to make changes and/or corrections. All of the facts contained herein are true to the best of my knowledge.

Signature — Witness

Sworn to before me on this 18 day of JAN, 2006

Special Agent - U.S. Secret Service