0001.txt

IT ACCOMPLISHED LITTLE.
TO THE ARABS. THEY WERE JUST ONE MORE ANNOYING BARBARIAN INVASION, NOT NEARLY AS MUCH OF A THREAT AS THE MONGOLS WERE.

Pukes invaded Iraq for one reason:
Without an infusion of sustainable wealth and revenue capitalism will follow communism right down the toilet!

Our debt and deficit is not sustainable, manufacturing and industry is outsourced to the 9's

There is no increasing revenue to even sustain current interest payments...Iraq was intended to be an aquisition that would breath life into a failing US economy...Pukes cannot deliver on the promise of Iraq and they broke the bank trying!

The depression headed our way will make 1929 look like a picnic because this time all our resources are tied up in foreign exchange.

---------------------------


POLITICALLY ATTACK AND DEFEAT GW BUSH
by: john_f_wayne
Long-Term Sentiment: Strong Sell        01/20/06 07:21 am
Msg: 4242657 of 4258961

Dumb Bush reiterated his case for staying the course in Iraq and keeping troops in place during a televised speech at 9 p.m. ET.


"We would abandon our Iraqi friends -- and signal to the world that America cannot be trusted to keep its word,"

TRANSLATION:
------------
WE WOULD ABANDON IRAQI OIL AND SIGNAL TO THE WORLD AMERICA WILL NO LONGER GIVE FREE HANDOUTS FROM PROCEEDS OF STOLEN IRAQI OIL.


he said, "We would hand Iraq over to enemies who have pledged to attack us -- and the global terrorist movement would be emboldened and more dangerous than ever before."

TRANSLATION:
------------
WE WOULD HAND OVER IRAQ TO ITS PEOPLE WHO WE RAPED AND KILLED AND WHO ARE NOW HOPPING MAD AT US...WE WILL NEVER BE SAFE FROM OUR VICTIMS.
WE ARE IN A JAM AND SHAFTED HIGH...THERE IS NOTHING WE CAN DO NOW EXCEPT CONTINUE ON FURTHER WITH THE MESS.


The speech will mark the first time he has spoken on Iraq from the Oval Office since launching the invasion of Iraq...THE EPITOME OF DECEIT.

john_f_wayne@yahoo.com

PS: Hi GW, Cheney, Gau*t & Lar*y, howdy!

