**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NUMBER:  2:06-CR-63**

**VIKRAM S. BUDDHI**

    **Defendant.**

## MOTION TO WITHDRAW

Comes now the undersigned counsel and moves the Court for an Order releasing the undersigned counsel as the defendant's attorney. In support of this motion, the undersigned counsel would show the following:

1. On June 28, 2007, the defendant was found guilty after a trial by jury in Counts 1 and 2 of Threats Against the President and Successors to President in violation of 18:871(a), in Counts 3 and 4 of Threats Against Former President/Families in violation of 18:879(a), in Count 5 of Interstate Communications - Threats in violation of 18:875(c), in Counts 6 and 7 of Threats Against President and Successors to President in violation of 18:871(a), in Counts 8 and 9 of Threats Against Former President/Families in violation of 18:879(a), in Count 10 of Interstate Communications - Threats in violation of 18:875(c), and in Count 11 of Use of the Internet to Threaten Destruction by Fire in violation of 18:844(e).

2. Sentencing has been reset on numerous occasions and there is currently

no sentencing date.

3. Since the date of the trial, there has been a substantial breakdown in the attorney-client relationship. The defendant has instructed undersigned counsel to request the Court to remove undersigned counsel and appoint different counsel to represent the defendant.

WHEREFORE, the undersigned counsel moves the Court to order that undersigned counsel be withdrawn as defendant's lawyer and that a new attorney be appointed to represent the defendant.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.


By:     s/John E. Martin
        John E. Martin
        31 East Sibley Street
        Hammond, IN 46320
        Phone: (219) 937-8020
        Fax: (219) 937-8021

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Philip Craig Benson - AUSA
philip.benson@usdoj.gov

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/ECF participants:

        s/John E. Martin