UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO: 2:06 CR 63 |
| | ) |
| VIKRAM S. BUDDHI | ) |

### ORDER

Attorney John E. Martin having filed a Motion to Withdraw on behalf of Defendant, Vikram S. Buddhi as there has been a substantial breakdown in the attorney-client relationship, and the Court finding the same in order, hereby **GRANTS** the withdrawal. Appearance of Attorney John E. Martin is hereby ordered **WITHDRAWN**. The Court sets this matter for an attorney appointment hearing on the **5th day of January, 2009 at 10:00 a.m.** before Magistrate Judge Andrew P. Rodovich. US Marshal to produce Defendant.

**SO ORDERED** this 18th day of December, 2008.

S/Andrew P. Rodovich
UNITED STATES MAGISTRATE JUDGE