To:  
The Clerk, United States District Court  
Northern District of Indiana  
Hammond Division  
5400 Federal Plaza  
HAMMOND, IN 46320  

From:  
Vikram Buddhi  08742-027  
Metropolitan Correctional Center  
71 W. Van Buren St.  
Chicago, IL 60605  

Date:  December 23, 2008  
    Sub: Request for Criminal Docket for Case No. 2:06 CR 63  
        United States v. VIKRAM BUDDHI  

Dear Sir,  
I request you to kindly provide me with the Criminal Docket Sheet for my Case No. 2:06 CR 63 so that I may know what transactions are happening in my case. I am an in-forma-pauperis inmate at Metropolitan Correctional Center and I do not have resources to access or obtain the Docket Sheet.

Attorney John Martin has failed to provide me with a Docket Sheet and has failed to keep me informed of all happenings in my case despite repeated requests to do so. Furthermore, he has failed to provide me effective assistance of counsel since April 2006.

Thank you very much.

*Vikram Buddhi* 12/23/2008

Vikram Buddhi  
#08742-027  
Metropolitan Correctional Center  
71 West Van Buren Street  
Chicago, IL 60605  

FILED  
DEC 29 2008  
At_____M  
STEPHEN R. LUDWIG, Clerk  
U.S. DISTRICT COURT  
NORTHERN DISTRICT OF INDIANA