FILED

2009 APR 13 PM 3:43

STE... LUDWIG, CLERK
... TRICT COURT
FOR THE ...RTHERN DIS...
OF INDIANA

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

United States of America )
vs. )   Case No. 2:06 CR 63
 )
Vikram Buddhi )   Judge: James T. Moody
 )           Andrew P. Rodovich

To: Magistrate Judge: Andrew P. Rodovich           Date: April 3, 2009
    United States District Court
    Northern District of Indiana, Hammond Division

Sub: Status of Defendant Vikram Buddhi's efforts to find Pro-Bono Attorney.

Dear Sir,

I am writing to update you on my efforts to seek a Pro-Bono attorney for my case, preferably one who is also knowledgeable on Constitutional Law. I do not waive my 6th Amendment Constitutional right to effective assistance of counsel.

Of the seven attorney firms previously contacted, I have received an additional response dated March 16, 2009, from the Pro-Bono Service of the Law Firm, Jenner & Block LLP, Chicago. Mr. Barry Levenstam, Co-Chair, Pro-Bono Committee at Jenner & Block, has indicated to me in his response that because of the tremendous volume of requests for pro bono representation they are unable to undertake the representation I am seeking. Furthermore, in order to assist me in pursuit of legal representation, he has included in his response a list of twenty (20) other Chicago area firms offering Pro-Bono services.

I am in the process of contacting and awaiting responses from some of the law firms in the above list, including, among others, the following pro-bono Law Firms: Baker & McKenzie; Drinker Biddle; Holland + Knight; Katten Muchin Rosenman LLP; Latham & Watkins; Sonnenschein Nath & Rosenthal; Wildman Harrold; and Center on Wrongful Convictions, NWU, Chicago.

I hope to find the effective representation I am seeking from among the pro-bono law firms in this list despite my hardships of not being able to communicate efficiently with attorneys outside prison. Given the tremendous work load of attorneys and the volume of requests, the law firms take a month or more to respond, if at all. I understand the delays and inefficiencies in communicating with attorneys because of incarceration without a Bond Pending Sentencing and Appeal, particularly so in a case where, with all due respect, I was wrongfully arrested without probable cause being sufficiently or meaningfully established, wrongfully indicted due to prosecutor's deceit and misconduct comprising of false and misleading justification for application of statutes, and wrongfully convicted due to egregious prosecutorial misconduct, misapplication of statutes, denial of meaningful defense, and denial and violation of constitutional rights secured under the 1st, 4th, 5th, and 6th Amendments.

For the above reasons, I request a 90 day continuance to finalize my search for effective representation from among the above mentioned list of Pro-Bono Law Firms.

Yours Sincerely,

*[signature: Vikram Buddhi]*

Vikram Buddhi    # 08742-027
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL 60605